# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHARLES C. VAUGHAN, JR.**
    **Plaintiff,**

v.                                      **Case No: 8:17-CV-639-T-35AEP**

**EMERALD COAST RV CENTER, LLC,**
**and KEYSTONE RV COMPANY,**

    **Defendants.**

---

## FOURTH AMENDED COMPLAINT

---

COMES NOW Plaintiff CHARLES C. VAUGHAN, JR., by and through his attorneys MORGAN & MORGAN, and hereby sues Defendants EMERALD COAST RV CENTER, LLC, d/b/a CAMPING WORLD RV SALES; and KEYSTONE RV COMPANY, as successor by merger to DS CORP., d/b/a CROSSROADS RV; and alleges and affirmatively states as follows:

### THE PARTIES AND JURISDICTION

1.    Plaintiff CHARLES C. VAUGHAN, JR., ("Plaintiff") is an individual who was at all times relevant hereto was residing in Baldwin County, Alabama.

2.    Defendant, EMERALD COAST RV CENTER, LLC, d/b/a CAMPING WORLD RV SALES ("Camping World") is a foreign corporation authorized to do business in Hillsborough County, Florida.

3.    Camping World is engaged in the sale, distribution, servicing, and repair of recreational vehicles, campers and related equipment.

4.    Camping World is an authorized sales and service provider for Defendant KEYSTONE RV COMPANY.

5.     Defendant KEYSTONE RV COMPANY as successor by merger to DS CORP., d/b/a CROSSROADS RV (hereinafter "Crossroads") is a foreign corporation authorized to do business in Hillsborough County, Florida.

6.     Crossroads is engaged in the manufacture, sale, and/or distribution of recreational vehicles, campers and related equipment and services by way of Crossroads' authorized sales and service providers.

7.     Crossroads is also in the business of marketing, supplying and providing written warranties to consumers who purchase Crossroads' products through its authorized sales and service providers, including sales and service providers in Hillsborough, Florida.

8.     The subject product at issue in this case was purchased in Hillsborough, Florida.

9.     This Court has jurisdiction pursuant to the Order on Defendants' Unopposed Motion to Transfer Venue entered by the United States District Court for the Southern District of Alabama (Document 23) and the Federal Magnuson Moss Warranty Act 15 U.S.C. § 2310(d)(3)(B).

### GENERAL ALLEGATIONS

10.     On August 2, 2014, Charles C. Vaughn, Sr., purchased from Lazy Days ("Seller") a 2015 Redwood RV, Vehicle Identification Number: 4V0FC392XFR04929 ("the subject product") manufactured and distributed by Crossroads, for valuable consideration. *See* Sales Documents Attached hereto as Exhibit A.

11.     The price of the subject product, including collateral charges, registration charges, document fees, sales tax, bank charges and finance charges, totaled approximately $90,000.00. *See* Exhibit A.

12.     The subject product was purchased by Charles C. Vaughn, Sr., for the benefit and

use of Plaintiff, who has lived in, and otherwise maintained exclusive use and possession of the subject product, since shortly after its purchase.

13.     Charles C. Vaughn, Sr., is now deceased and any remaining ownership interest he had in the subject product, to the extent he had any at all, has passed to Plaintiff as a result of his death.

14.     Plaintiff avers that as a result of the ineffective repair attempts made by Crossroad, and/or its authorized service providers, the subject product contains unrepaired defects and cannot be utilized for personal, family and/or household use.

15.     Crossroads advertised products to consumers with the intent of encouraging consumers, including Plaintiff, to purchase Crossroads' products from one of its authorized sales and service providers.

16.     Crossroads issued an express warranty covering the subject vehicle, which was provided to Plaintiff following his purchase of the subject vehicle. *See* Express Warranty, attached hereto as Exhibit B.

17.     Crossroads' express warranty promises to repair or replace defective parts for two years, and provided a five year structural warranty, subject to the terms and conditions of the express warranty. *See* Exhibit B.

18.     Soon after Plaintiff took possession of the subject product, Plaintiff experienced various defects and nonconformities which substantially impaired the use, value and/or safety of the subject product

19.     Plaintiff contends that the subject product suffers from various defects and nonconformities, including but not limited to:

        a.     Stained Carpets;

        b.     The computer desk rocks;

c.      There is a defect in wood above fireplace;

d.      The Pantry cabinets are defective;

e.      Crown molding in family room is defective;

f.      Trim around bathroom doors does not fit;

g.      Family room has two slides that squeak when extending or descending;

h.      Defect in kitchenette;

i.      Scratches on several doors;

j.      Defective refrigerator door;

k.      Water leak between refrigerator and half bath;

l.      Stain on steps and master bedroom carpet

m.      Vinyl floor bubbling in master bath;

n.      Cabinets separating in master bedroom by window;

o.      Defective Side storage compartment shocks;

p.      Side table defect in wood and not mounted to floor;

q.      Trim around second slide by master bedroom is falling down;

r.      Corner trim in front of half bath separating;

s.      Nitrogen tires were not filled;

t.      Sewer cap was not replaced;

u.      Six-point leveling jack makes unit jump and unstable;

v.      Island top is separating around the edge;

w.      Crown molding in master bedroom is separating; and,

x.      All additional complaints made by our client, whether or not they are contained in your company's records or on any dealer repair orders.

20.      Based on the representation of Lazy Days that the deficiencies in the subject product would be cured prior to delivery, Plaintiff agreed to purchase the subject product.

21.      The subject product was delivered to Plaintiff in Alabama approximately three weeks later.

22.      Upon inspection of the subject product at the time of delivery, Plaintiff discovered that most of defects and nonconformities had not been repaired.

23.     Plaintiff contacted Crossroads and was instructed to take the subject product to an authorized Crossroads dealer for repair.

24.     The closest authorized dealer to Plaintiff was Defendant Camping World.

25.     Plaintiff took the subject product to Camping World and gave it the entire list of defects and nonconformities.

26.     After Camping World had the possession of the subject product for almost three months, with little or none of the warranty work being completed, Plaintiff contacted Crossroads' warranty department in an effort expedite the repairs.

27.     Over a period of months Plaintiff was repeatedly promised that work on the subject product would be completed, only to be later given excuses, such as the required parts were not available.

28.     Eight months later, the subject product was taken back to Camping World, during the year 2015, to have the remaining defects and nonconformities repaired, as well as to have repairs performed to new issues with the subject product.

29.     During the aforementioned repair visit, Camping World kept the subject product for three additional months, the defects and nonconformities were not repaired, and the subject product was damaged due to negligence and neglect of agents of Camping World.

30.     Plaintiff delivered the subject vehicle to Crossroads, and its authorized service providers, seeking warranty repairs on numerous occasions.

31.     Plaintiff provided Crossroads with sufficient opportunities to repair the subject product.

32.     Plaintiff contends that Crossroads has been unable or unwilling to remedy the covered issued with the subject product in accordance with the terms of its warranties.

33.	Plaintiff contends that the subject product is not merchantable and not fit for its intended purpose.

34.	Plaintiff has provided Crossroads with notice and a reasonable opportunity to cure.

35.	The limited remedy contained within Crossroads' express warranty has failed of its essential purpose entitling Plaintiff to seek any remedy available at law.

36.	Plaintiff justifiably lost confidence in the subject product's safety and/or reliability, and said defects/ and nonconformities have substantially impaired the value of the subject product to Plaintiff.

37.	Said defects and nonconformities could not have reasonably been discovered by Plaintiff prior to Plaintiff's acceptance of the subject product.

38.	Pursuant to the terms of Crossroads' express warranty, Crossroads designated its authorized service providers as the entities to receive notice of defects and nonconformities in the subject product for purposes of performing repairs to the subject product.

39.	Crossroads was further notified of the defects and nonconformities in the subject product as a result of the approval of claims and reimbursement to its authorized service providers for the same.

40.	As a result of the defects and nonconformities in the subject product, and Crossroads' failure to timely repair the same, Plaintiff notified Crossroads of the defects and nonconformities prior to filing the instant lawsuit.

41.	Plaintiff has been, and will continue to be, financially damaged due to Crossroads' failure to comply with the provisions of its warranties.

42.	The terms of Crossroads' express warranty are non-negotiable.

43. The purported disclaimer of incidental and consequential damages by Crossroads was not executed by Plaintiff.

44. Plaintiff did not execute any document indicating that Plaintiff understood or agreed to any limitations of damages contained in Crossroads' express warranty.

45. The purported disclaimer of incidental and consequential damages is not contained on the first page of the text of Crossroads' express warranty and is not specifically mentioned in the table of contents.

46. The purported disclaimer of incidental and consequential damages contained in Crossroads' express warranty is unconscionable.

**COUNT I**
**BREACH OF WRITTEN WARRANTY**
**PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT**
**AGAINST DEFENDANT CROSSROADS**

47. Plaintiff re-alleges and incorporates by reference paragraphs 1-46 of this Complaint, as though fully set forth herein.

48. The subject product is consumer product intended primarily for personal, family, or household use.

49. The subject product was manufactured, sold and purchased after July 4, 1975.

50. The subject product was sold for more than ten dollars ($10.00).

51. Crossroads is a warrantor as defined by 15 U.S.C. § 2301(5).

52. Plaintiff is a consumer as defined by 15 U.S.C. § 2301(3).

53. Crossroads' express warranty is a written warranty as defined by 15 U.S.C. §2301(6).

54. Crossroads' express warranty promises to cover defects in material or workmanship, comprising an undertaking in writing to repair or replace defective parts, or take

other remedial action, free of charge to Plaintiff in the event that the subject product suffered from defects, as set forth in, and subject to, the terms and conditions of Crossroads' express warranty.

55.     Plaintiff received the subject product during the duration of periods applicable to Crossroads' express warranty.

56.     The defects and nonconformities in the subject vehicle are covered by Crossroads' express warranty.

57.     Plaintiff is entitled by the terms of Crossroads' express warranty covering the subject product to enforce the obligations of said warranties against Crossroads.

58.     The Magnuson-Moss Warranty Act, Chapter 15 U.S.C.A., Section 2301, *et. seq.* ("MMWA") is applicable to Crossroads' express warranty covering the subject product, and Plaintiff's claims thereunder.

a.     Crossroads' express warranty express warranty was part of the benefit of the bargain in regard to the purchase of the subject product.

59.     Crossroads offer written warranties covering its products in order to provide consumers with peace of mind in purchasing Crossroads' express warranty products and services, which aides in the sale of Crossroads' express warranty products and services.

60.     Plaintiff relied upon, Crossroads' express warranty written promises to provide warranty coverage for the subject product.

61.     Plaintiff has met all of obligations and preconditions provided in, and required for enforcement of Crossroads' express warranty.

62.     As a direct and proximate result of Crossroads' failure to comply with the terms and conditions of its written warranty covering the subject product, Plaintiff has suffered

damages and, in accordance with 15 U.S.C. § 2310(d)(1), Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

63.     If Plaintiff is determined to be the prevailing on the instant claim, Plaintiff is entitled to recover reasonable attorneys' fees and costs from Crossroads related to the prosecution of this claim.

WHEREFORE, Plaintiff CHARLES C. VAUGHAN, JR., prays for judgment against Defendant KEYSTONE RV COMPANY, as successor by merger to DS CORP., d/b/a CROSSROADS RV for:

      a.    Diminution in value of the subject products;

      b.    Cost of Repairs to the subject products;

      c.    Incidental Damages;

      d.    Consequential Damages;

      e.    Pre-Judgment Interest;

      f.    Post Judgment Interest;

      g.    Reasonable attorneys' fees;

      h.    Taxable costs; and,

      i.    Such other and further relief that the Court deems just and appropriate.

## COUNT Ii
## NEGLIGENCE
## AGAINST DEFENDANT CAMPING WORLD

64.     Plaintiff re-alleges and incorporates by reference paragraphs 1-51 of this Complaint, as though fully set forth herein.

65.     Camping World owed a duty of care to Plaintiff to:

      a.    make repairs to the subject product in a workman like fashion;

      b.    make repairs to the subject product in professional manner and in accordance with industry standards;

9

c.   and, to care for and protect the subject product from harm while in Camping World's custody and care.

66.   Camping World breached its duties of care to Plaintiff by:

a.   failing to repair the subject product in a workman like fashion,

b.   failing to repair the subject product in a professional manner and in accordance with industry standard,

c.   and, failing to care for and protect the subject product while in Camping World's custody and care

67.   As a direct and proximate result of Camping World's breaches of its duties to Plaintiff, Plaintiff was damaged.

WHEREFORE, Plaintiff CHARLES C. VAUGHAN prays for judgment against Defendant EMERALD COAST RV CENTER, LLC, d/b/a CAMPING WORLD RV SALES for:

a.   Actual Damages;

b.   Pre-Judgment Interest;

c.   Post Judgment Interest;

d.   Reasonable attorneys' fees;

e.   Taxable costs; and,

f.   Such other and further relief that the Court deems just and appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully Submitted by,

**MORGAN & MORGAN**

/s/ Jeremy Kespohl
JEREMY KESPOHL, Esquire
Florida Bar No. 035979
Attorneys for Plaintiff
76 South Laura Street, Ste 1100
Jacksonville, FL 32202
(904) 361-4416 Telephone
(904) 361-4348 Facsimile
jkespohl@forthepeople.com
**For Service of Documents Only:**
warrantygroupeservice@forthepeople.com

CERTIFICATE OF SERVICE

This is to certify that on this 27th day of February 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**MORGAN & MORGAN**

/s/ Jeremy Kespohl
JEREMY KESPOHL, Esquire
Florida Bar No. 035979
Attorneys for Plaintiff
76 South Laura Street, Ste 1100
Jacksonville, FL 32202
(904) 361-4416 Telephone
(904) 361-4348 Facsimile
jkespohl@forthepeople.com
**For Service of Documents Only:**
warrantygroupeservice@forthepeople.com

# Exhibit A

# Lazydays

6130 Lazy Days Blvd. • Seffner, Florida 33584-2968
Local (813) 246-4333 • Sales (800) 626-7800 • Service (800) 282-7800

## TOWABLE AND NON RV BUYERS ORDER

Deposit: ☐ Refundable ☐ Non-Refundable
(Unless indicated otherwise, deposit is refundable upon request)

Date: 8/2/2014

| PURCHASER | CHARLES C VAUGHAN | SALES ORDER # |
|---|---|---|
| CHARLIE C VAUGHN SR. | | 423777 |

| ADDRESS | 2468 CEV | CITY | STATE | ZIP | COUNTY |
|---|---|---|---|---|---|
| PO BOX 1545, DAPHNE, AL 36526 BALDWIN | | | | | |

| SALES CONSULTANT | PHONE | PHONE | E-MAIL |
|---|---|---|---|
| ROBERT P. GANT SR. | (251) 423-5409 | | VAUGHN271@YAHOO.COM |

Subject to the terms and conditions on both sides of this agreement, I agree to purchase the following described unit.

| YEAR | MAKE | MODEL | APPROXIMATE LENGTH | STOCK NUMBER |
|---|---|---|---|---|
| 2015 | REDWOOD RV | REDWOOD | 41 | 1020075 |

| COLOR | VIN | PROPOSED DELIVERY DATE | ODOMETER READING |
|---|---|---|---|
| BLACK/MA | 4V0FC392XER004929 | | 0 |

| OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES | | |
|---|---|---|

| | |
|---|---|
| PRICE OF UNIT | 85,213.35 |
| + N/A | |
| + N/A | |
| + N/A | |
| SUB-TOTAL = | 85,213.35 |
| TRADE ALLOWANCE - N/A | |
| DIFFERENCE = | 85,213.35 |
| DELIVERY FEE — THIS CHARGE REPRESENTS COSTS AND PROFIT TO THE DEALER FOR ITEMS SUCH AS INSPECTING, CLEANING, ADJUSTING VEHICLES AND PREPARING DOCUMENTS RELATED TO THIS SALE. + 349.00 | |
| STATE TIRE FEE 4 x $1.00 + | 4.00 |
| STATE BATTERY FEE 2 x $1.50 + | 3.00 |
| AMOUNT TAXABLE = | 85,569.35 |
| SALES TAX @ 2.0% + | 1,711.39 |
| SUB-TOTAL = | 87,280.74 |
| PAYOFF ON TRADE + N/A | |
| DISCRETIONARY TAX + N/A | |
| ESTIMATED TAG / TITLE FEES + N/A | |
| DEPOSIT - N/A | |
| CASH ON DELIVERY - | 9,000.00 |
| UNPAID BALANCE = | 78,280.74 |
| MECHANICAL PROTECTION PLAN + | 5,162.20 |
| TIRE RENU + | 316.94 |
| GAP WAIVER + N/A | |
| COACH NET + N/A | |
| TOTAL | 83,759.88 |

401  0*423777
OPP FILE - Rx Sale
S*1020075

IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS, AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN.

| TRADE-IN #2 | | |
|---|---|---|
| DESCRIPTION: | | |
| YEAR | MAKE & MODEL | APPROX. LENGTH |
| VIN | | MILEAGE |

| TRADE-IN #1 | | |
|---|---|---|
| DESCRIPTION: | | |
| YEAR | MAKE & MODEL | APPROX. LENGTH |
| VIN | | MILEAGE |

EXCEPT FOR ANY WRITTEN "LIMITED WARRANTY" I MAY RECEIVE, ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED FROM THIS TRANSACTION. IN NO EVENT WILL LAZYDAYS BE LIABLE FOR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE, SERVICING OR OWNERSHIP OF THIS VEHICLE. I ALSO UNDERSTAND THAT MANUFACTURERS' WARRANTIES DO NOT COVER VEHICLES SOLD, REGISTERED OR OPERATED OUTSIDE THE UNITED STATES AND THAT THESE VEHICLES ARE SOLD AS IS. I AGREE THAT IF THE VEHICLE IS DELIVERED OVERSEAS, LAZYDAYS IS NOT RESPONSIBLE FOR ANY DAMAGE THAT OCCURS DURING SHIPPING.

THIS IS A PURCHASE AGREEMENT, NOT A WARRANTY. THIS AGREEMENT AND ANY LAZYDAYS LIMITED WARRANTY I RECEIVE, IF ANY, (AS OPPOSED TO A MANUFACTURER'S WARRANTY) CONTAIN THE ENTIRE AGREEMENT AND UNDERSTANDING BETWEEN YOU AND ME. ALL DISCUSSIONS, NEGOTIATIONS, REPRESENTATIONS, STATEMENTS AND INDUCEMENTS WHICH ARE A PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND ME AND WHICH ARE IMPORTANT TO ME ARE WRITTEN IN THIS CONTRACT. ALL PARTS OF THIS CONTRACT ARE AGREED BY ME TO BE A PART OF THE BASIS OF THE BARGAIN BETWEEN YOU AND ME. I AGREE THAT ANY STATEMENTS, REPRESENTATIONS, WARRANTIES OR INDUCEMENTS, VERBAL OR WRITTEN, WHICH ARE NOT SPECIFICALLY WRITTEN IN THIS AGREEMENT SHALL NOT BE BINDING ON ANY PARTY.

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER, AND I HAVE READ, UNDERSTAND, AND AGREE WITH THE TERMS ON THE FRONT AND BACK OF THIS AGREEMENT.

**Lazydays**
Not Valid Unless Signed by an Authorized Representative    DEALER

SIGNED X _____ PURCHASER

By _____
Approved. Subject to acceptance by bank or finance company.

SIGNED X _____ PURCHASER

Exhibit A

LD4100-23    Lazydays - White    Customer - Canary    Finance - Pink

# ADDITIONAL TERMS AND CONDITIONS

In this contract the words I, me and my refer to the Buyer and Co-Buyer signing this contract. The words you and your refer to the Dealer. I further agree (continued from the other side of Contract):

1. IF NOT A CASH TRANSACTION. If I do not pay cash, I agree that before or at the time of delivery, I will enter into such agreements as may be required to finance my purchase. I agree that until you are paid in full you have a purchase money security interest in the Unit.

2. TITLE. I understand that you retain title to the Unit until 1) the full purchase price is paid, or I have signed a Retail Installment Contract and it has been accepted by a bank or finance company, and 2) I have taken possession of the motor home, at which time title passes to me. Unless you are submitting my title and registration for me, I am responsible to title and register my vehicle no later than 45 days from purchase, or sooner if required by the law of the state I am titling in. Some states exempt vehicles over 16,000 pounds, or over 10 years of age, from mileage disclosure as allowed by federal law. Your title may reflect that your vehicle is exempt from mileage disclosure.

3. TRADE-IN. If I am trading in a used car, trailer, other vehicle, or any other property I will give you the title to the trade-in. I promise that any trade-in which I give is owned by me and is free of any liens or other claim unless noted on the other side of this contract. I promise there are no undisclosed material defects or material conditions in my trade-in which are not written on the other side of this contract and I have accurately described its condition to you. I promise that all taxes of every kind levied against my trade-in have been fully paid. If anyone makes a levy or claims a tax lien or demand against the trade-in, you may, at your option, either pay, it and I will reimburse you on demand, or you may add that amount to this contract as if it had been originally included.

4. REGISTRATION OR LICENSE OF TRADE-IN. If I have a trade-in and you determine that it needs a licensing or registration change then I will pay any and all expenses, taxes and registration or licensing fees or costs.

5. REAPPRAISAL OF TRADE. If there has been a mistake as to the model year of my trade-in or if I am making a trade-in and it later appears to you that there are material differences in the furnishings, accessories or condition of the trade-in compared to how it was represented, you may make a reappraisal. This reappraisal value will then determine the allowance to be made for the trade-in. Any balance due created by such reappraisal shall be immediately payable upon demand. If I fail to pay the balance due I hereby agree that a lien for the amount due may be recorded against the coach I am purchasing.

6. FAILURE TO COMPLETE PURCHASE. In consideration of my deposit, you will hold the unit from other sale for 48 hours, or beyond 48 hours at your option. If I do not complete this purchase within 30 days of signing the Buyer's Order, you may keep any monies I paid you, including any deposit, to reimburse you for expenses or losses you have incurred because I failed to complete this purchase. I agree that these monies will be retained as partial liquidated damages because calculation of your losses would be difficult I will also be responsible for any deficiency once the vehicle is resold. If I have given you a trade-in, you may also sell the trade-in, at public or private sale, and deduct from the money received an amount equal to the expenses and losses you have sustained because I failed to complete this purchase. If I breach any of my obligations under this agreement, you have the right to repossess the vehicle.

7. CHANGES BY MANUFACTURER. I understand that the manufacturer may make changes in the model, or the designs, or any accessories and parts from time to time. If the manufacturer does make changes, I will accept these changes. Neither you nor the manufacturer are obligated to make the same changes in the unit I am purchasing, either before or after it is delivered to me.

8. DELAYS. I will not hold you liable for delays caused by the manufacturer, accidents, airlines, fires, or any other cause beyond your control.

9. EXCLUSIONS OF WARRANTIES. EXCEPT FOR ANY WRITTEN "LIMITED WARRANTY" I MAY RECEIVE, ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED BY YOU FROM THIS TRANSACTION AND SHALL NOT APPLY TO THE GOODS SOLD. WITH THE EXCEPTION OF A WRITTEN "LIMITED WARRANTY" WHICH EXPRESSLY STATES IT IS ISSUED BY LAZYDAYS, (AS OPPOSED TO A MANUFACTURER), I UNDERSTAND THAT THERE ARE NO WARRANTIES MADE BY LAZYDAYS WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF REGARDING THE UNIT OR ANY APPLIANCE OR COMPONENT. NO WARRANTY IS DEEMED TO BE AN "AS IS" SALE. I AGREE THAT ANY PRELDELIVERY INSPECTION PERFORMED BY YOU DOES NOT CREATE ANY WARRANTY, EXPRESS OR IMPLIED. I UNDERSTAND THAT YOU ARE NOT AN AGENT OF ANY MANUFACTURER OR WARRANTOR. I AGREE THAT PARAGRAPHS 9 AND 11 APPLY EVEN IF I PURCHASE A SERVICE CONTRACT OR EXTENDED WARRANTY FROM YOU. I UNDERSTAND THAT THE WRITTEN WARRANTY OR WARRANTIES I RECEIVE AT THE TIME OF SALE, IF ANY, ARE MY EXCLUSIVE AND SOLE REMEDY FOR ANY PROBLEMS THAT I MIGHT HAVE WITH THE UNIT OR ANY APPLIANCES OR COMPONENTS. I AGREE THAT NO OTHER REMEDIES, WHETHER ARISING FROM THE UNIFORM COMMERCIAL CODE OR OTHERWISE, ARE AVAILABLE TO ME AGAINST YOU, INCLUDING BUT NOT LIMITED TO, REVOCATION OR ACCEPTANCE AND/OR RESCISSION. I AGREE THAT PARAGRAPHS 9 AND 11 APPLY EVEN IF MY REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE.

10. INSPECTION AND ACCEPTANCE. I understand that at the time I receive the Unit, I am accepting the Unit and all its components and appliances in the condition they are in. I have examined the Unit and its components and appliances as fully as I desire and in making this purchase I have relied upon my own judgment and upon my own inspection in determining that the Unit is of acceptable quality and function. I understand damage may occur at the factory, during transit or at your sales lot. Each damage, if detected, is usually corrected by the factory or by you prior to purchase. If such damage would affect my purchase decision, I will make a written request to you, prior to purchase, to see the vehicles service history.

11. WARRANTIES/REMEDIES. THIS DOCUMENT IS NOT A WARRANTY. I UNDERSTAND THAT THERE MAY BE WRITTEN WARRANTIES COVERING THE UNIT PURCHASED, OR ANY APPLIANCES OR COMPONENT(S), SUCH AS THOSE WHICH HAVE BEEN PROVIDED BY THE MANUFACTURERS OF THE UNIT, THE APPLIANCES OR COMPONENT(S). I ACKNOWLEDGE THAT ALL WRITTEN WARRANTIES HAVE BEEN MADE AVAILABLE TO ME PRIOR TO PURCHASE, UPON MY REQUEST.

12. INSURANCE. I understand that I am not covered by insurance on the Unit purchased until accepted by an insurance company, and I agree to hold you harmless from any and all claims due to loss or damage prior to acceptance of insurance coverage by an insurance company. I understand that it is my obligation to insure my unit at all times.

13. TAXES. All sales and use taxes arising out of the sale of the vehicle, and all personal property taxes assessed on the vehicle after the title has passed to purchaser, shall be borne and paid by purchaser.

14. LIMITATION OF DAMAGES. I UNDERSTAND THAT YOU WILL NOT BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, INCLUDING BUT NOT LIMITED TO LOSS OF USE, ARISING IN ANY WAY OUT OF THE PURCHASE, USE, SERVICING, OPERATION OR OWNERSHIP OF THE GOODS CONVEYED BY THIS AGREEMENT.

15. APPLICABLE LAW, MANDATORY MEDIATION, VENUE AND FEES. THIS SALE AND THIS CONTRACT AND ALL NEGOTIATIONS, DISCUSSIONS AND DISPUTES BETWEEN YOU AND ME ARE GOVERNED BY FLORIDA LAW. I WILL PARTICIPATE IN PRE-SUIT MEDIATION BEFORE FILING ANY LEGAL ACTION AGAINST YOU. ANY AND ALL LEGAL ACTIONS OF ANY KIND BROUGHT BY ME OR YOU RELATING TO THE PRODUCT PURCHASED OR IT'S SALE, SERVICE OR USE MUST BE FILED EXCLUSIVELY IN HILLSBOROUGH COUNTY, FLORIDA. ALL PROCEEDINGS, MEDIATIONS, INSPECTIONS, ETC., RELATING TO SUCH AN ACTION WILL BE CONDUCTED EXCLUSIVELY IN THIS VENUE. I UNCONDITIONALLY WAIVE ANY RIGHT TO PARTICIPATE IN ANY CLASS ACTION OR CLASS ARBITRATION. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTIONS EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEY'S FEES AND COSTS.

16. WAIVER OF JURY TRIAL. I AGREE THAT ANY AND ALL ACTIONS OF ANY KIND RELATING TO THE SALE, SERVICE OR USE OF ITEM(S) PURCHASED WILL BE DECIDED BY A JUDGE, RATHER THAN A JURY.

17. NOTICE REGARDING ODOMETER AND YEAR VEHICLE WAS MANUFACTURED. You have not tampered with or altered the odometer or the odometer reading and you have no knowledge of the odometer reading being inaccurate unless it is reflected on the disclosure. You do not warranty or guarantee the odometer or the odometer reading of any unit. You do not warranty the year in which the unit or any of its parts or components were manufactured.

18. VEHICLE WEIGHT RATING/LENGTH. I must verify that the vehicle weight rating meets my needs and my taxes. I understand that I should verify the weight rating with the manufacturer because ratings may change over time. Exceeding the manufacturer's weight rating is unsafe and may void my warranty. I understand that the length specifications used in the RV industry are approximations. If the exact length is important to me, I will measure the vehicle prior to signing this agreement.

19. SEVERABILITY WAIVER. If any word, phrase, or section of this Agreement shall be found to be void, voidable, unenforceable, or otherwise unlawful, this Agreement shall be construed as though only that word, phrase or section were omitted and all other portions of this Agreement shall remain undisturbed. The failure to enforce any provision of this contract will not constitute a waiver.

20. USE IN A PARTICULAR STATE OR COUNTRY. I agree that you make no warranty the suitability of the vehicle for use in any state or country. I agree that verbal discussions of this nature, not reflected on the face of this agreement, are not binding. It is my responsibility to learn about any applicable restrictions governing weight, length, width, etc. before I purchase a vehicle. It is also my responsibility to contact the manufacturer to ensure that use outside the United States will not void any warranty I might have.

Rev. 09/13

# Exhibit B



# REDWOOD RV

# Owner's Guide

## FIFTH WHEELS

Place an exterior picture of your unit here
to personalize this Owner's Guide.

PLACE PHOTO HERE

# Chapter 1: Owner and Dealer Responsibilities

As the owner of a new residential vehicle, you are responsible for regular care and proper maintenance. Proper maintenance will help avoid situations where the Limited Warranty will not cover items due to neglect. Maintenance services should be performed in accordance with this manual, as well as, the corresponding manufacturer's warranties on components included within your coach.

As the owner it is your responsibility and obligation to return the recreational vehicle to an authorized dealer for any repairs and service that may be required. Your Rewood dealer is responsible for proper service before delivery and will have a continued interest in your satisfaction. Therefore, we recommend that warranty and maintenance services be performed by your Redwood Dealer.

## Owner's Responsibilities

1. Proper care and maintenance as outlined by this manual and the corresponding component warranty package
2. Returning your vehicle to an authorized dealer for any repairs or service that is required
3. Reviewing the information contained within this manual and all supplied component information

## Dealer Responsibilities

1. Orient and familiarize the customer with the operation of all systems and components of the new recreational vehicle
2. Explain and review the Limited Warranty provisions to the customer
3. Assist the customer in completing all necessary registrations and warranty cards for your new vehicle and assist in locating serial numbers if they wish
4. Instruct the customer on how to receive local and out of town service on the vehicle and its separately warranted components, whether in or out of warranty
5. Service all Redwood RV Company products
6. Fill out and Mail Warranty Registrations within (30) thirty days from the date of delivery

## REDWOOD RV COMPANY

For Redwood Fifth Wheels manufactured by Redwood RV, ("Redwood") sold in the United States and Canada by authorized Redwood dealers.

## LIMITED WARRANTY

Redwood warrants that it will repair or replace defect in material and workmanship in the covered components of the recreational vehicle for the period identified in the section of this limited warranty entitled "Length of Warranty". This Limited Warranty extends only to the first retail purchaser and begins on the date of original retail delivery, or the date the recreational vehicle is first placed into service (whichever occurs first). This limited warranty varies by product brand, please reference your predelivery and consumer acceptance declaration form signed at the dealership for the length of your warranty. This limited warranty

extends from such date for any structural defects, which is defined as the subceiling, subfloor, or side wall sagging, warping, rotting or breaking loose. Structural defects also include wiring harness shorts, but does not include blown fuses, light bulbs, TVs, radios or other electrical equipment. Written notice of a defect must be given to the selling dealer or Redwood not later than ten (10) days after the expiration of the warranty. Warranty repairs, if required, will be made without charge after your recreational vehicle is taken to the dealer or manufacturing plant location. All owners must be properly registered with Redwood RV to be considered for eligibility.

You are responsible for normal maintenance as described in the owner's manual. If a problem occurs which you believe is covered by this Limited Warranty, you must contact an authorized Redwood dealer, giving sufficient information to resolve the matter. You must deliver the recreational vehicle to the dealer or manufacturing plant location for warranty service. If the dealer is unable or unwilling to resolve a problem which you are convinced is covered by this Limited Warranty, you should contact the manufacturing plant at the address listed in the front of this manual and provide us with a description in writing of the problem and the attempts to resolve the problem. Upon receipt of notice of a covered claim, where the dealer was unable or willing to resolve the problem, we will repair or replace the parts necessary to correct defects in material or workmanship of structural items covered by this Limited Warranty, or will take other appropriate actions as my be required.

WARRANTY DISCLAIMERS

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE, AND IN LIEU OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF REDWOOD. IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IF ANY, GIVEN BY LAW, SHALL BE LIMITED TO AND NOT EXTEND BEYOND THE DURATION OF THE WRITTEN LIMITED WARRANTY. NO PERSON HAS THE AUTHORITY TO ENLARGE, AMEND, OR MODIFY THIS LIMITED WARRANTY.

REDWOOD WILL NOT BE RESPONSIBLE OR LIABLE FOR LOSS OF USE OF THE RECREATIONAL VEHICLE, ON-SITE SERVICE CALLS OR SERVICE CHARGES, LOSS OF TIME, INCONVENIENCE, EXPENSES FOR GASOLINE, TOWING CHARGES OR TRANSPORTATION COSTS, LOSS OF USE, RENTAL OF SUBSTITUTE EQUIPMENT, TELEPHONE, TRAVEL, LODGING, DAMAGE OR LOSS TO PERSONAL PROPERTY, LOSS OF REVENUES OR OTHER COMMERCIAL LOSS, OR ANY OTHER SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND OR NATURE RESULTING FROM ANY DEFECT IN THE RECREATIONAL VEHICLE.

ANY ACTION TO ENFORCE THIS LIMITED WARRANTY OR ANY IMPLIED WARRANTY SHALL NOT BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE EXPIRATION OF THE TERM OF THIS LIMITED WARRANTY.

SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY. FURTHER SOME

STATES DO NOT ALLOW A REDUCTION IN THE STATUTE OF
LIMITATIONS SO THE ABOVE REDUCTION MAY NOT APPLY.

## WARRANTY EXCLUSIONS

THIS LIMITED WARRANTY AND THE OBLIGATIONS STATED HEREIN
SHALL NOT APPLY TO:

- Equipment, products, components, appliances, or accessories not
manufactured by Redwood whether or not warranted by another person or
entity, including but not limited to, tires, batteries, washer, dryer, and other
installed equipment or accessories;
- Trailers used for business, rental, commercial, or disaster relief
purposes, or any purposes other than recreational travel and family
camping;
- Trailers which are not originally sold through an authorized Redwood
dealer (i.e. sold through auction, repossession, salvage or an otherwise
"distressed" condition);
- Damage or loss caused in whole or in part by the acts or omissions
of any kind by any person or entity other than Redwood;
- Damage or loss caused in whole or in part by the misuse, abuse,
neglect, theft, vandalism, insect infestation, rodent damage, product
modification, improper customer or dealer installation, incorrect line
voltage, unauthorized repair or failure to follow instructions supplied with
the recreational vehicle;
- Routine maintenance including, without limitation, caulking, re-
caulking and waxing of the body of the recreational vehicle, tightening
screws, brakes, latches, locks, combustion systems, changing fuses, or
light bulbs, and maintaining the air conditioning and heating systems;
- Minor adjustments to doors and drawers beyond 90 days after retail
sale;
- Damage or loss caused in whole or in part by the unauthorized
attachments, modifications or alterations to the structure, body, pin box, or
frame of the recreational vehicle including but not limited to trailer hitches
for towing, or platforms for supporting cargo;
- Any upholstery damage including, but not limited to tears, punctures
  or misuse;
- Fading, discoloration or dulling of any and all fabrics, interior or
  exterior plastics or fiberglass, sheet metal, front and rear caps,
  graphics, striping, decals or labels;
- Normal deterioration due to wear or exposure;
- Damage or loss caused in whole or in part by exposure to natural
  atmospheric elements, corrosive chemicals, ash or fumes generated
  or released by vehicles, collision, road hazards, rock chips,
  condensation, or any other source;
- Damage or loss caused in whole or in part by the overloading or the
  improper balancing of the load;
- Damage or loss caused in whole or in part by the willful or negligent
  acts of the driver of the vehicle pulling the recreational vehicle,
  an accident involving the recreational vehicle the condition of any
  road surface over which the recreational vehicle is pulled, or the
  striking or driving over a curb or any other object;
- Damage or loss to the recreational vehicle caused in whole or in
  part by the tow vehicle selected by the owner to pull the recreational
  vehicle including but not limited to the improper selection or
  installation of towing hitch on tow vehicle;
- Any injury, loss or damage, beyond warranty repairs, due to mold or
  fungi;
- Damage or loss caused in whole or in part by the owner's operation,
  use, or misuse of the tow vehicle;
- Any and all damage or loss to the owner's tow vehicle;

- Wheel alignment and balancing of tires;
- Damage to electronics due to voltage issues are not covered under warranty;
- Representations made by any person (including your dealer) beyond those stated in this Limited Warranty;
- Any trailer licensed, registered, or primarily used outside the USA or Canada; and
- Any incidental and consequential damages including, but not limited to, transportation, fuel, food, lodging, telephone calls, towing charges, bus and taxi fares or car rentals, on-site service calls, as well as commercial use and loss of use.
- Chemical off-gassing is not a "defect" and is not covered by the warranty.
- Damage or loss caused by failure to seek and obtain repairs in a timely manner.

The length of this limited warranty varies by product brand, please reference the section of this limited warranty entitled "Length of Warranty" for the warranty period applicable to your recreational vehicle.

WARRANTIES PER PRODUCT LINE
- Redwood      2 + (5 year *structural*)
- Blackwood      1

*Five year structural warranty is contingent on performance of yearly inspections by a Redwood Certified Dealer and submitting proper documentation to Redwood RV Service Department.

REDWOOD RESPONSIBILITY
Please note the distinction between "defects" and "damage" as used in this Limited Warranty: "defects" are covered because Redwood is responsible; on the other hand, we have no control over "damage" caused by such things as collision, misuse and lack of maintenance which occurs after the recreational vehicle is delivered to the owner. Therefore, "damage" for any reason which occurs after the recreational vehicle is delivered is not covered under this warranty. Maintenance services are also excluded from the warranty because it is the owner's responsibility to maintain the recreational vehicle.

Redwood does not undertake responsibility to any owner beyond the original cost of the recreational vehicle to Redwood or for any undertaking, representation, or warranty made by any dealer beyond those expressed herein.

Yearly inspections are required to qualify for the five year structural warranty. Failure to submit proper documentation to CrossRoads on a yearly basis will result in cancellation of the five year structural warranty. The inspection certification form can be found in the front of this manual.

OWNER RESPONSIBILITY

It is the responsibility of the owner to maintain the recreational vehicle as described in the Care and Maintenance section of the Owner's Manual including taking whatever preventative measures necessary to maintain the exterior sealants of the unit and to prevent foreseeable secondary moisture or water damage to the unit from rain, plumbing leaks, condensation and other natural accumulation of water in the unit. Examples of secondary damage include, but are not limited to, stained upholstery, carpeting or drapes, mold formation and growth, furniture cabinetry or floor deterioration, etc. Mold is a natural growth given certain



Date 4-2011

Please have the following available when you call:
•Vehicle Identification Number (17 digit Serial#- begins with 4V0)
•Model #
•Date of Purchase
•Description of the problem
•Previous repair history and location (if applicable).

8

environmental conditions and is not covered by the terms of this Limited Warranty.

## HOW TO OBTAIN WARRANTY SERVICE

To obtain warranty service the owner must deliver the recreational vehicle to an authorized Redwood dealer (with proof of purchase and freight prepaid) within a reasonable time after discovery of the defect within the warranty period. All shipping or towing expenses incurred in transporting the recreational vehicle for warranty service shall be owner's responsibility. Upon requesting the warranty services you will be asked for:



Please refer to the last page in this manual for yearly inspection sheet and service certification.

    (a)    Your name
    (b)    Date of purchase
    (c)    Redwood vehicle ID number
    (d)    An explanation of the anticipated warranty claim



THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE-TO-STATE

## *Inspection*

To assist you in avoiding problems, Redwood RV Company requests that each dealer review the limited warranty and inspect the unit along with you. The dealer has been provided with a pre-delivery checklist. Review this checklist with the dealer. Do not sign the checklist until this review is complete and any questions about anything you do not understand have been answered.



Please note, your Redwood RV Company Limited Warranty covers warrantable repairs that are performed by an authorized Redwood RV Company dealer at their service center or facility only. It is important for the owner to know that if you are unable to bring your unit in for repairs, Redwood RV Company is not responsible for any costs incurred for the service call charge, or time accrued to come out to your unit.

## *Unit Information Packet*

In addition to this Owner's Manual, a unit information packet is located within your new recreational vehicle. Inside the packet are product manuals and information on systems and equipment in the coach. Individual product warranty registrations accompany this information and should be completed and mailed promptly. Some components in this manual or packet may be components of a differing product line and / or are optional equipment. Inclusion of these items does not suggest that they are or may be available for a specific recreational vehicle.

## ⚠ WARNING

**Tow Vehicle Disclaimer**

In connection with the use and operation of Redwood recreational vehicles, Redwood customers and owners of Redwood recreational vehicles are solely responsible for the selection and proper use of tow vehicles. All customers should consult with a motor vehicle manufacturer or dealer concerning the purchase and use of suitable tow vehicles for Redwood products. Redwood further disclaims any liability with respect to damages which may be incurred by a customer or owner of Redwood recreational vehicles as a result of the operation, use or misuse of a tow vehicle. NOTE: REDWOOD LIMITED WARRANTY DOES NOT COVER DAMAGE TO THE RECREATIONAL VEHICLE OR THE TOW VEHICLE AS A RESULT OF THE OPERATION, USE OR MISUSE OF THE TOW VEHICLE. THE USE OF THE INCORRECT TOW VEHICLE MAY LEAD TO THE ROLLOVER OF THE VEHICLE AND/OR FIFTH WHEEL AND RESULT IN SERIOUS INJURY OR DEATH.

## Owner Registration

As a convenience to you, the owner registration form is completed at the dealership at the time of delivery. After an owner signs this form, the dealer will send the completed form to Redwood RV Company within 30 days. Please make sure this form is completed and signed prior to leaving the dealership.

## Obtaining Warranty Service

Redwood RV Company recommends obtaining service from your dealer or the nearest authorized repair facility. Service must be obtained within a reasonable time after discovery of the defect and prior to the applicable warranty expiration period. If assistance is needed in locating an authorized repair center, please go to the 'Dealer Locator' on our website.

## Get To Know Your Unit Before Heading Out

Throughout the manufacturing process, your recreational vehicle has been inspected by qualified inspectors and then again at the dealership. As the owners, however, you wil be the first to camp and extensively use every system. Redwood RV Company wants the first camping experience to be happy one and recommends a "Trial Camping Experience" before heading out. Plan a weekend in the yard or driveway and really camp in your unit.

By camping for several days, full-time in your unit, you will have the opportunity to use and become accustomed to the systems within your unit and find out what items are needed/ not needed while camping. Note any questions that arise, difficulties encountered or problems that occur. After your trial, call your dealer and ask any questions that have arisen. Getting to know your unit before the first adventure can save a lot of frustration and leave more time for fun!

## If You Need to Make an Appointment

### Call Ahead

Give thought to an appointment time and call ahead. Mondays and Fridays are generally the busiest times at a dealer's service center, as are right before seasonal holidays.

### Be Prepared

If warranty work is to be done, please have a copy of your warranty paperwork available and provide the service center with any helpful information on past repairs that may pertain and help the technicians in diagnosing the problem.

### Make a List

Have a list ready and be reasonable with repair expectations. Some repairs may require special order parts or parts shipped from a manufacturer. Explain what you would like to have done over the phone or stop by ahead of time so that you and the service manager can discuss possible repair times.

### While Waiting

Drop your unit off if possible. If you wait on your repair, do not be surprised if you cannot enter the repair area. Many insurance policies

prohibit customers or non-personnel from entering into the work area for safety reasons.

### Inspecting Your Repairs

Redwood RV Company and your dealer want you to be satisfied with any repair. After a repair is performed, inspect thoroughly. Check off your list and go over the repairs with the service center representative. Once satisfied, sign the Redwood RV Company Warranty Claim. In the event a problem should reoccur after you have left the dealership, contact the repair center or Redwood RV Company as soon as possible, so that the situation can be resolved expediently.

# Chapter 2: Towing and Leveling

## Towing Guidelines

Weight distribution is an important factor when loading your fifth-wheel and travel-trailer. A recreational vehicle with the cargo distributed properly will result in efficient, trouble-free towing. Loading the coach as evenly as possible and then weighing the loaded RV can accomplish proper weight distribution. Keep heavier items as low as possible and distribute evenly (front to back and side to side). Securing your possessions can prevent damage from shifting during towing and maintain the weight distribution balance achieved during preparation for travel.

You must not exceed the GVWR or GAWR of the unit (see definitions). To verify GVWR, total the loaded hitch and axle weights. If this total exceeds GVWR, you must remove items until the vehicle weight is within this limit. You can verify that the coach's axles are not overloaded by comparing the loaded axle weight with the GAWR. If the reading is above this limit, redistribute the item load.

Finally, make sure the pin weight of the loaded fifth-wheel falls within the limits of the tow vehicle.

## Weight Ratings - Definitions

### GVWR (Gross Vehicle Weight Rating)
The maximum permissible weight of this coach when fully loaded. It includes all weight at the unit's axle(s) and tongue or pin.

### UVW (Unloaded Vehicle Weight)
The weight of this fifth-wheel as manufactured at the factory. It includes all weight at the coach's axle(s) and tongue or pin. If applicable, it also includes full generator fluids, fuel, engine oil and coolants.

### CCC (Cargo Carrying Capacity)
Is equal to GVWR minus each of the following: UVW, full fresh (potable) water weight (including water heater) and full LP gas weight.

### GAWR (Gross Axle Weight Rating)
The maximum allowable weight that an axle system is designed to carry.



Passengers are not permitted in the coach while it is in motion.

# Exhibit C

WHITE – CornerStone Copy     YELLOW – Lienholder Copy     PINK – Dealer Copy     GOLD – Contract Holder Copy

# CornerStone RV

**RECREATIONAL VEHICLE SERVICE CONTRACT**

**REGISTRATION**

Administered by:

Wesco Insurance Company, Florida License #01913    or    Technology Insurance Company, Florida License #03605
59 Maiden Lane, 6th Floor, New York, New York 10038
For inquiries concerning this CONTRACT call 1-866-327-5014

59 Maiden Lane, 5th Floor, New York, New York 10038

| Contract # | CSRVF | 45874 |
|---|---|---|

| Customer | Last Name | First Name | M.I. | | Co-Buyer | Last Name | First Name | M.I. |
|---|---|---|---|---|---|---|---|---|

| Street Address | | | Email Address |
|---|---|---|---|

| Home Telephone | City | | State | | ZIP |
|---|---|---|---|---|---|

| Brand | REDWOOD RV | | New Vehicle/Unit (never previously registered) ☐ | New ☐ Extended ☐ Used ☐ Eligibility |
|---|---|---|---|---|
| Serial / VIN # | 4V0FC3923FRD04929 | | Pre-owned Vehicle/Unit (previously registered) ☐ | |
| | | Model | REDWOOD | Year 2015 |
| Vehicle/Unit Purchase Date 8/2/2014 | Current Odometer Reading | In-Service Date | Contract Purchase Date 8/2/2014 | Vehicle/Unit Retail Purchase Price |

## MOTORHOME (FL License #01913)

COVERAGE TYPE (Check One): ☐ Full Coverage   ☐ Coach-Only Coverage

COVERAGE LEVEL (Check One): ☐ Select Coverage   ☐ Ultimate Coverage

DIESEL WRAP COVERAGE (Check if applies): ☐ Diesel Wrap Coverage

Engine Type (Check One): ☐ Gasoline ☐ Diesel ☐ Diesel (5 year / 100,000 mile or longer powertrain limited warranty)

## TOWABLE (FL License #03605)

COVERAGE LEVEL (Check One): ☐ Select Coverage   ☐ Ultimate Coverage

CLASS (Check One):
☐ Travel Trailer
☐ Fifth Wheel
☐ Live-In Light Horse Trailer
☐ Pop-up Camper
☐ Slide-In Camper
☐ Basic Living Horse Trailer

| PLAN DEDUCTIBLE | TERM OF COVERAGE | CONTRACT PURCHASE PRICE | | PLAN DEDUCTIBLE | TERM OF COVERAGE | CONTRACT PURCHASE PRICE |
|---|---|---|---|---|---|---|
| $ ____ If no deductible is listed above $100.00 deductible will apply. | 0 Months 0 Miles | $ | | $ 50.00 If no deductible is listed then $100.00 deductible will apply. | 84 Months | $ 4870.00 |

### MANDATORY SURCHARGES / OPTIONAL COVERAGE

MANDATORY SURCHARGES – Boxes Must Be Checked If VEHICLE/UNIT Is Equipped With, Used For, or Meets The Following:

| | |
|---|---|
| Air Brakes (Non-Diesel VEHICLES/UNITS) | ☐ |
| Slide-Out Rooms (Included With Ultimate Coverage) | ☐ |
| Leveling System (Included With Ultimate Coverage) | ☐ |
| Diesel Engine** | ☐ |
| Four-Wheel Drive | ☐ |
| Commercial Usage (N/A for Used VEHICLES/UNITS) | ☐ |
| Other Vehicle/Unit (Combo 1 & 15 Model Years) (Not Available For Ultimate Coverage) | ☐ |
| Extended Eligibility (New VEHICLES/UNITS only) | ☐ |
| Post Sale Contract (Applies to Used VEHICLES/UNITS only) | ☐ |

OPTIONAL COVERAGE – Boxes Must Be Checked For Coverage To Include:

**COVERAGE OPTIONS:**

| | |
|---|---|
| $500.00 Towing Option (Included With Ultimate Coverage) | ☐ |
| $1,000.00 Towing Option | ☐ |
| Deluxe Components (Included With Ultimate Coverage) | ☐ |
| Audio Visual Package (Included With Ultimate Coverage) | ☐ |
| Deluxe Audio Visual Package (Not Available for Used VEHICLES/UNITS) | ☐ |
| Seals & Gaskets (Included on New and Extended Eligibility and Ultimate Coverage as Used) | ☐ |

| Dealer Name and Number | Salesperson | City, State | ZIP |
|---|---|---|---|
| LAZYDAYS | | SEFFNER FL | 33584 |

| Lienholder | | Telephone |
|---|---|---|
| US BANK | | (800) 374-6285 |
| Address | | City, State | ZIP |
| PO BOX ___ | | ___ | ___ |

**CONTRACT HOLDER'S SIGNATURE**     Date 8/2/2014

I hereby certify that I have read and understand the terms and conditions of this CONTRACT, including the exclusions and limitations contained herein.

**DEALER'S SIGNATURE**     Date 8/2/2014

As the authorized representative of the SELLING DEALER, I certify that the VEHICLE/UNIT is covered by this CONTRACT, and the said VEHICLE/UNIT meets all the requirements supplied by the ADMINISTRATOR in the SELLING DEALER.

The CONTRACT HOLDER or Service Provider must obtain proper authorization from the ADMINISTRATOR prior to commencement of any repair. Any representation of the Plan other than the stated terms of the CONTRACT are not binding to the insurer or the ADMINISTRATOR, nor shall they be liable for any incidental or consequential damages.

### RECREATIONAL VEHICLE SERVICE CONTRACT

This CONTRACT is an agreement between the YOU and US. This CONTRACT provides benefits to YOU upon occurrence of a COVERED REPAIR for the UNIT. YOU are eligible for the coverage and benefits provided by this CONTRACT upon OUR receipt of the payment for the CONTRACT's charge, subject to the statements and selections made on the Registration by YOU and the SELLING DEALER, as well as the terms and conditions outlined within the CONTRACT.

If the VEHICLE/UNIT meets eligibility guidelines, this document becomes a CONTRACT covering the VEHICLE/UNIT for parts and labor, as authorized by the labor guide(s) associated with the components of the UNIT. When it is completed in its entirety, filed, and registered with the ADMINISTRATOR, for the TERM OF COVERAGE defined herein. Coverage for used VEHICLE/UNITS is only available at the time of delivery, unless the "Post Sale Contract" option is checked under the MANDATORY SURCHARGE/OPTIONAL COVERAGE section of this Registration page. For "Post Sale Contracts", claims will not be considered during the first thirty (30) days from the CONTRACT PURCHASE DATE. The duration of this CONTRACT includes all manufacturer, dealer, and/or other applicable warranties. This CONTRACT will pay REPAIR COSTS associated with COVERED REPAIRS for the VEHICLE/UNIT listed above, up to the specified TERM OF COVERAGE. Coverage under this CONTRACT does not include gradual reduction in operation performance due to wear and tear, except in cases where factory field lubricants are exempted. This CONTRACT is subject to the specified DEDUCTIBLE shown above, per COVERED REPAIR.

This Contract is between You and Us (the Obligor, hereinafter referred to as We, Us, and Our) – Wesco Insurance Company Florida License #01913 or Technology Insurance Company Florida License #03605, 59 Maiden Lane, 6th Floor, New York, New York 10038.

The rates charged for this CONTRACT are not subject to regulation by the Florida Office of Insurance Regulation.

| TRACKING CODE | | | |
|---|---|---|---|

CS RV AMT FL 012113      LZX 94253

## DEFINITIONS

ADMINISTRATOR Warranty Underwriter Company, 59 Maiden Lane, 9th Floor, New York, New York 10038

WE, US and OUR Warranty Insurance Company, 59 Maiden Lane, 9th Floor, New York, New York 10038

YOU/YOUR/YOURS/CONTRACT HOLDER The individual(s) to whom this CONTRACT is issued as shown on the face of this CONTRACT.

CONTRACT: This Mechanical Breakdown Service CONTRACT.

CONTRACT PURCHASE DATE: The date of this CONTRACT as shown on the Registration page of this CONTRACT.

COVERED REPAIR: A MECHANICAL BREAKDOWN that is covered under the terms and conditions of this CONTRACT.

DEDUCTIBLE: The amount of CONTRACT HOLDER is required to pay on each COVERED REPAIR.

MECHANICAL BREAKDOWN: The failure of a covered part.

SELLING DEALER: The Recreational Vehicle Dealer identified on the Registration page of this CONTRACT.

REPAIR COSTS: The usual and fair charges for new, used, or re-manufactured parts.

TERM OF COVERAGE: The term of this CONTRACT.

VEHICLE/UNIT/YOUR VEHICLE/UNIT: The Recreational Vehicle identified on the Registration page of this CONTRACT.

VEHICLE PURCHASE DATE: The date the VEHICLE/UNIT was purchased.

AUTHORIZED AGENT or CORNERSTONE refers to Cornerstone United, Inc., which has been appointed by the ADMINISTRATOR to assist YOU with general inquiries related to YOUR CONTRACT.

## A. VEHICLE/UNIT INELIGIBILITY:

Coverage is not available if any of the following apply:
1. YOUR VEHICLE/UNIT is not used on publicly maintained roads.
2. If the original warranty has ever been voided by the manufacturer.
3. If YOUR VEHICLE/UNIT has ever been deemed a total loss.
4. If YOUR VEHICLE/UNIT's odometer has stopped, been changed, or altered.
5. If YOUR VEHICLE/UNIT has a Rotary Engine and/or YOUR VEHICLE/UNIT is equipped with a Renault Engine.

## B. COVERAGE:

**A) SELECT COVERAGE:** Coverage is provided, as specifically indicated, for the following listed components subject to the EXCLUSIONS section of this CONTRACT. Only the components specifically outlined below will be considered under this CONTRACT.

### I. MOTORHOME CHASSIS COVERAGE INCLUDES:

NOTE: Items marked with an (*) are covered only if damaged by the failure of an internally lubricated moving part.

1. ENGINE (Gas and Diesel): All internally lubricated engine parts including pistons, piston rings, connecting rods and bearings, camshaft and bearings, timing chain or belt, timing gears, tensioners, guides, intake and exhaust valves, valve springs, valve guides, oil pump and oil sump housing, push rods, rocker arms, rocker arm shafts, hydraulic and solid lifters, intake and exhaust manifold (distributor shaft and housing, harmonic balancer, crankshaft, crankshaft main bearings, rings, valve covers, timing gear cover and disc housing, vacuum pump, oil pump screen stud and bolt).

2. TRANSMISSION: All internal parts; torque converter; vacuum modulator; transfer covers, pans and cases; cooler and internal cooler lines.

3. DRIVE AXLE ASSEMBLY (Front and Rear): All internal parts contained within the differential housing, transaxle housing and final drive housing. (4x4 drive and constant velocity wheel joints, universal joints, axle shafts, hub bearings, supports, differential housing, transaxle housing and final drive housing).

4. SUSPENSION (Front and Rear): MacPherson struts (excluding replaceable cartridge), strut bar and bushings, upper and lower ball joints, steering knuckles, wheel bearings, stabilizer shaft, linkage and bushings, upper and lower control arms, struts and bushings, upper and lower spindle supports and spindles.

5. STEERING: All internally lubricated parts of the steering gear box, rack and pinion gear, power steering pump, main and intermediate steering columns and couplings, center and outer tie rod ends, idler arm, Pitman arm, tie rod ends, relay rods, steering dampers, control arm, drag link, control valve and cylinder.

6. AIR CONDITIONING: Compressor, compressor mounting bracket, clutch, clutch pulley, clutch disk, condenser, evaporator, POA valve, expansion valve, suction valve accumulator, drier, temperature control, programmer, power module, idler pulley and bracket, receiver dryer, blower motor, blower motor fan, high/low cut off switches, pressure cycling switch, ducts and outlet hoses, A/C controls.

7. BRAKES: Master cylinder, power assist booster, wheel cylinders, combination valve, equalizer valve, hydraulic control unit, brake pedal assembly, hydraulic lines and fittings, disc calipers, parking brake and retainers, self adjusters, backing plate linkage and cables, reservoir tank.

8. ELECTRICAL: Starter, starter motor, voltage regulator, distributor, wiring harness, solenoids, relays, coils, manually operated switches, front and rear wiper motors, gauges, windshield wiper and sending power antenna and motors, seat motors, power door lock actuators, electronic ignition, control modules, factory installed stock dash board system, electronic ignition system, rear quarter window defoggers, horn, switches, remote control panel actuators, control signal and distribution sensors and controllers, electronic driver information center, cruise control distance sensor.

9. ELECTRONICS: Fuel injection sensors, control modules, and injectors, electronic ignition module, electronic and deformation sensors and controllers, electronic driver information display, cruise control, rear and seat section electronic control unit, brake system (ABS) relays.

10. HEATING/COOLING: Water pump including impeller shaft, bearings and bushings, radiator, radiator pressure cap, fan, fan clutch fan motor and controller, coolant recovery unit, fan shroud, engine heater, heater core, heater control valve, thermostat, thermostat housing.

11. FUEL DELIVERY: Fuel pump, fuel lines, metal fuel lines, metal tank, fuel pressure regulator, fuel distributor, fuel injection pump, fuel injectors (except for wear and tear or contamination), vacuum and boost pump, auxiliary fuel switch.

12. CHASSIS FRAME: Main frame only.

13. INTERIOR AND EXTERIOR: Hood hinges, hood latches, hood gas cylinders, hood springs, door handles, door hinges, seat track, courtesy map light assembly, glove box door and hinges, glove box lock, shift lever.

14. SEALS AND GASKETS:
   a. NEW VEHICLE/UNITS: Seals and gaskets associated with all covered components listed under 1-13 above.
   b. USED VEHICLE/UNITS: Seals and gaskets associated with all covered components listed under 1-13 above, only in connection with the repair or replacement of such covered component.

### II. MOTORHOME TOWABLE/COACH ONLY COVERAGE INCLUDES:

1. HOT WATER HEATER: Inner tank, pressure valve, burner assembly, thermostat, thermocouple, gas valve, electronic ignition assembly, P.C. board, heating elements, wiring harness and switches, fittings, connections, control panel.

2. WASTE SYSTEM: Fittings and piping in relation to shower, sink(s) and toilet (except electrical). Toilet (except electrical), holding tanks, vacuum breaker, gate valves, inlet valves, foot valves, fittings, connections, piping, holding tanks and lines (except plastic).

3. FRESH WATER SYSTEM: Water pump, electronic water level sensor, fittings (CPVC excluded), faucets, faucets and brake harness (excluding probes).

4. AIR CONDITIONING (Non-Ducted): 110V or central: Compressor, evaporator, capacitors, relays, thermostat, condenser, heat pump, coil, PC board, heating elements, heat strips, control panel, accumulator, expansion valve, receiver dryer, blower motor, bathroom vent motor, high/low cut off switch, switches, electronic module, reversing valve, pressure cycling switch, ducts and diffusers.

5. RANGE AND OVEN: Burner assembly, igniter, ignition assembly, thermostat, thermocouple, burner valves, microwave oven, convection oven, power hood, PC board, fittings, connections and oven control valve.

6. L.P. GAS SYSTEM: Factory installed or Factory Approved Dealer installed. Regulators, gas bottles (except valves), mounting brackets, gauges, pigtails, LP lines, fittings, connections, automatic shut off system and shut off switches (LP detectors are covered, however; LP detectors are added components. Coverage ONLY applies to LP detectors that are Factory installed or Factory Approved Dealer installed. LP detectors purchased by YOU and installed by self or any other party are not Factory Approved Dealer Factory installed or if NOT installed.

7. HEATING SYSTEM: Furnace, igniter, burner assembly, gas valve, thermostat, blower motor and assembly, heat plate, heat strips, fan motor, fans, fittings, connections, relays, switches, PC board, thermocouple, relays and switches.

8. REFRIGERATOR (LP/thermostat): 2-way or 3-way cooling unit, burner assembly, igniter, control panel, PC board, thermocouple, eyebrow board and lower board, relays, switches, fittings, connections, electric heating elements and wiring harness.

9. AUXILIARY POWER PLANT/GENERATOR: Factory installed or Factory Approved Dealer installed. All internally lubricated parts of the power plant engine, starter, switches, voltage regulator, generator assembly, cylinder block and head (if damaged by the failure of an internally lubricated part), power converter, hour meter, inverter, interior monitor/control panel, and PC board. (The carburetor and portable generator units are excluded).

10. POWER STEP: Power step motor and power step control module, and linkage (external step only).

11. ELECTRICAL SYSTEMS: Inverters, power cable, monitor panel, monitor circuit boards, electric heater, wiring, fuses, switches and outlets.

12. AUDIO SYSTEMS (Factory installed or Factory Approved Dealer installed): AM/FM radio, speakers, cassette and/or CD player.

13. CONVERTER/BATTERY CHARGER: Cooling fan and motor, electric relays and circuit board.

14. SLIDE/ELECTRICAL TRAILER: (Dynamic) Master cylinder, wheel cylinder, hydraulic or electric brake actuator, drums, backing plates, breakaway switch, and magnets.

15. TRAILER SUSPENSION SYSTEM: Coil and leaf springs, axles, spindles, spindle supports, wheel bearings (visible play only), and shackles, shackle bushings, equalizers, wheel studs (if damaged by a covered component specifically referenced in this CONTRACT).

16. **POP-UP TRAILERS:** Manual or electrical crank assembly and cables.
17. **VENTILATION AND EXHAUST FANS:** Thermostat, switches, relays and motors.
18. **AWNINGS:** Spring assemblies left and right side, awning motor (fabric, awning tube and litter arms excluded).
19. **SEALS AND GASKETS:**
   a. **NEW VEHICLES/UNITS:** Seals and gaskets associated with all covered components listed under 1-18 above.
   b. **USED VEHICLES/UNITS:** Seals and gaskets associated with all covered components listed under 1-18 above, only in connection with the repair or replacement of such covered component.

**B. ULTIMATE COVERAGE:** Coverage is provided for all components listed above under A. SELECT COVERAGE plus all MECHANICAL BREAKDOWNs that are associated with the VEHICLE/UNIT, subject to the EXCLUSIONS section of this CONTRACT.

**C. DIESEL WRAP COVERAGE:** Provides coverage for all components except ENGINE, TRANSMISSION, DRIVE AXLE ASSEMBLY (Front and Rear) and FOUR WHEEL DRIVE components for the coverage level selected on the Registration page of this CONTRACT.

**D. OPTIONAL COVERAGE BENEFITS FOR SELECT PLANS (Only applicable if appropriate box on Registration has an Registration has been checked and applicable surcharge has been paid):**
1. **$500.00 TOWING OPTION** – Increases Towing Benefit to Five Hundred Dollars ($500.00) (see "BENEFITS" section). If the $500 towing option is not selected, then the maximum towing benefit under the SELECT plan is $300 and the maximum benefit for all other occurrences is $100. See Section F.5 – COVERAGE BENEFITS for Roadside Coverage.
2. **$1,000 TOWING OPTION:** Increases Towing Benefit to One Thousand Dollars ($1,000.00) (see "BENEFITS" section). If the $1,000 towing option is not selected, then the maximum towing benefit under the SELECT plan is $300 and the maximum benefit for all other occurrences is $100. See Section F.5 – COVERAGE BENEFITS for Roadside Assistance Coverage.
3. **AUDIO VISUAL PACKAGE (Factory Installed or Factory Approved Dealer Installed):** Television set(s) (50" or less), TV antenna motors, stereo system including CD/DVD/MP3, VCR, tape deck, GPS navigation system, satellite dish motor and receiver.
4. **DELUXE COMPONENTS (Factory Installed or Factory Approved Dealer Installed):** Rear monitor system, ice maker, trash compactor, central vacuum cleaner system, washing machine, clothes dryer, water purifier, dishwasher, in-sink disposal, ice maker, freezer, external barbecue, kitchen center (factory installed or factory approved dealer installed), electronic entrance system, remote electronic entrance system, factory installed thermostat, factory installed compass, computer dash printed circuit boards, central locking system, factory installed anti-theft system, power seat computer, electric fireplace, Solar recharging system panels, regulators and wiring and aqua heat system.
5. **DELUXE AUDIO VISUAL PACKAGE (Factory Installed or Factory Approved Dealer Installed):** Television set(s) up to 60" (maximum of four (4) sets), perimeter warning system.
6. **SEALS AND GASKETS (Used Motorhome VEHICLES/UNITS Only: NOTE: For Used Motorhome VEHICLES/UNITS, coverage is available for VEHICLES/UNITS with 60,000 miles or less. Seals and gaskets for all covered components are covered independently or in conjunction with a COVERED REPAIR.

**E. MANDATORY SURCHARGES:**
The following mandatory surcharges apply for New or Used VEHICLES/UNITS if the VEHICLE/UNIT is so equipped:
1. **DIESEL ENGINE:** All covered engine parts shown under "ENGINE" plus fuel injectors (except for contamination), fuel injection pump, fuel heater, all internally lubricated parts contained within the turbocharger housing, waste gate and intercooler. Turbocharger housing is only covered due to the failure of an internally lubricated part.
2. **FOUR WHEEL DRIVE:** Transfer Unit – all internally lubricated parts contained within the transmission case, including but not limited to bearings, bushings sprockets, chains, sleeves and gears, viscous coupler, shift forks. Drive Axles – all internal parts, including but not limited to ring and pinion gears, spider gears, side gears, bushings, bearings, spacers, yokes, axle shafts, lock rings, retainers, axle bearings and hubs. The differential housing is also covered if damage is caused by a failure of an internally lubricated part. Drive shaft, center support and universal joints, including constant velocity joints and tripod joints are also covered.
3. **AIR BRAKES (Non-Diesel VEHICLES/UNITS):** Compressor, diaphragm, treadle, dash calipar, compensating valve, slack adjusters.
4. **SLIDE-OUT ROOM(S) (Factory Installed or Factory Approved Dealer Installed):** Motors, hydraulic/electric pump/jack assembly, actuators, lines, fittings, cylinders, electric motor, worm gear, gears, tooth/seals/weather-stripping, electric switch, and wiring harness.
5. **LEVELING SYSTEM (Factory Installed or Factory Approved Dealer Installed):** Motor, hydraulic/electric pump, actuators, jack assembly, lines, fittings, cylinders, electric motor, worm gear, gears, electric switch, wiring harness.
6. **COMMERCIAL USAGE (Not available on Used VEHICLES/UNITS):** Commercial Usage only means daily, weekly or monthly rentals, short-term (12-month or less) lease, or primarily used for business purposes by a single driver, e.g. a traveling salesperson. Coverage does not include taxi, shuttle, delivery services, principally used off-road or hauling.
7. **OLDER UNIT:** If VEHICLE/UNIT is older than the current model year (based on current calendar year) plus eight (8) previous model years, to a maximum of fifteen (15) previous model years, the OLDER VEHICLE/UNIT surcharge will apply.
8. **EXTENDED ELIGIBILITY:** If VEHICLE/UNIT is a new (never previously registered) Motorhome and the odometer exceeds 12,000 miles, the EXTENDED ELIGIBILITY surcharge applies If TERM OF COVERAGE exceeds forty-eight (48) months. If the VEHICLE/UNIT is a pre-owned (previously registered) Motorhome and is older than current model year (based on current calendar year) plus one (1) previous model year or the odometer exceeds 12,000 miles, the EXTENDED ELIGIBILITY surcharge applies If TERM OF COVERAGE exceeds forty-eight (48) months. If VEHICLE/UNIT is a pre-owned (previously registered) towable or a motorhome with Coach-only Coverage, the EXTENDED ELIGIBILITY surcharge applies If TERM OF COVERAGE exceeds forty-eight (48) months.
9. **POST SALE CONTRACT:** If VEHICLE/UNIT is pre-owned (previously registered) and the CONTRACT SALE DATE is later than VEHICLE/UNIT PURCHASE DATE POST SALE CONTRACT surcharge applies and claims will not be considered during the first thirty (30) days from the CONTRACT PURCHASE DATE.

**F. COVERAGE BENEFITS:**
1. **RENTAL EXPENSE (Motorhome Only):** In the case of a COVERED REPAIR, the ADMINISTRATOR will reimburse YOU for substitute transportation. Such reimbursement will be limited to twenty-five dollars ($75.00) for every eight (8) hours, or portion thereof, for applicable labor time required to complete the COVERED REPAIR (based on applicable national repair manual); up to a maximum of five hundred dollars ($500.00) per occurrence (except where prohibited by law).
2. **ADDITIONAL RENTAL EXPENSE (Motorhome Only):** Rental benefits will be increased up to five (5) additional days ($50.00 per day maximum) in cases of covered major component (Engine, Transmission, Drive Axle) failure and/or parts delay for any COVERED REPAIR or ADMINISTRATOR requested VEHICLE/UNIT inspection provided, additional authorization is obtained from the ADMINISTRATOR (except where prohibited by law). In all cases, rental expense reimbursement will not be provided if the service is not a COVERED REPAIR as defined in this CONTRACT.
3. **SERVICE CALLS:** In the event of a failure of a COVERED REPAIR, the ADMINISTRATOR will cover up to two hundred dollars ($200.00) for onsite service calls.
4. **MANUFACTURER'S WARRANTY DEDUCTIBLE REIMBURSEMENT:** In the event a deductible is charged for a repair under the manufacturer's warranty that that is considered to be a COVERED REPAIR under this CONTRACT, WE will reimburse YOU for the deductible charge up to one-hundred dollars ($100) per occurrence.
5. **TOWING SERVICE and EMERGENCY ROADSIDE ASSISTANCE:** In the event of a failure of a COVERED REPAIR, the ADMINISTRATOR will reimburse YOU for towing services as follows (except where prohibited by law): up to three hundred dollars ($300.00) for Select Coverage; up to five hundred dollars ($500.00) for Ultimate Coverage; or five hundred dollars ($500.00) for $500 Towing Option with Select Coverage; as indicated on the Registration page of this CONTRACT; or one thousand dollars ($1,000.00) for $1,000 Towing Option with Select or Ultimate Coverage and indicated on the Registration page of this CONTRACT. Roadside assistance services are available to YOU at no cost per occurrence for Covered Services. However, YOU are responsible for any NON-Covered Services. YOUR roadside assistance coverage continues until expiration of this CONTRACT. All "24-Hour Roadside Assistance" services are provided by Bickell Financial Services Motor Club, Inc. (DBA: Road America Motor Club) administrative offices at 7300 Corporate Center Drive, Suite 601, Miami, FL 33126. (For Mississippi and Wisconsin CONTRACT HOLDERS, services are provided by Bickell Financial Services Motor Club, Inc. For California CONTRACT HOLDERS, services are provided by Road America Motor Club, Inc.) Coverage will be provided for any driver of the registered motor home, 5th wheel, or travel trailer registered with Road America Motor Club as the Covered Vehicle; including any vehicles or trailers in tow by the Covered Vehicle. All of the services provided are described herein, and are applicable throughout the United States and Canada.
   **Emergency Roadside Assistance is available throughout the United States and Canada, 24 hours a day.** YOU will only have to pay for any for any NON-Covered Services. To obtain service: call 1-866-456-8927 and a service vehicle will be dispatched to YOUR assistance. Service provided must be a Covered Service under the terms and conditions of this CONTRACT.
   **Note:** Assistance obtained through any source other than Road America Motor Club will NOT be considered reimbursable. YOU must contact Road America Motor Club to have an authorized network service provider dispatched to YOUR assistance. In the event that service is unobtainable from Road America Motor Club and YOU receive an authorization number from Road America Motor Club and will be reimbursed as if service was received by Road America Motor Club.
   The following Covered Service is provided:
   **Towing Assistance** - When towing is necessary, the Covered VEHICLE/UNIT will be towed to the nearest qualified service facility as described above.
   The following are Covered Services provided for up to one-hundred dollars ($100.00) per occurrence:
   (1.) **Battery Service** - If a battery failure occurs, assistance will be provided to jump-start the battery in order to get the Covered Vehicle's engine running;
   (2.) **Flat Tire Assistance** - In the event of a flat tire on the Covered Vehicle, service consists of removal of the flat tire and its replacement with a spare tire. If the Covered Vehicle's spare tire is deflated, or if the Covered VEHICLE/UNIT has two (2) or more flat tires, the Covered VEHICLE/UNIT will be towed to the nearest service facility;
   (3.) **Fuel, Oil, Fluid, and Water Delivery Service** - An emergency supply of fuel, oil, fluid, and water will be delivered if the Covered VEHICLE/UNIT is in immediate need of such supplies. However, YOU are responsible for the costs, if any, for the fuel or other fluid upon its delivery;
   (4.) **Lock-out Assistance** - Assistance will be provided to unlock the Covered VEHICLE/UNIT when the keys are lost or locked inside the Covered Vehicle.
6. **TRIP INTERRUPTION EXPENSES:** the ADMINISTRATOR will reimburse YOU up to two-hundred dollars ($200.00), per day, for a maximum of three (3) days, for incurred meal (restaurants only) and lodging (hotel/motel only) expenses IF (except where prohibited by law):
   a. YOU cannot utilize the VEHICLE/UNIT due to a COVERED REPAIR and are more than one-hundred (100) miles from YOUR home address shown on the Registration page of this CONTRACT; and
   b. YOU incur meal and lodging expenses as a direct result of a COVERED REPAIR causing loss of use en route. The date of the COVERED REPAIR shall be considered the first day of the three (3) calendar day maximum period. The expenses must be incurred between the duration of the COVERED REPAIR, or by the end of the third (3rd) calendar day of the COVERED REPAIR if the COVERED REPAIR is not completed within three (3) calendar days; whichever occurs first.
7. **FOOD SPOILAGE:** the ADMINISTRATOR will reimburse YOU up to one-hundred and fifty dollars ($150.00), per occurrence, for food spoilage due to YOUR refrigerator not working properly as a direct result of a COVERED REPAIR, and service is not available for at least twenty-four (24) hours.

**IV. EXCLUSIONS – THIS CONTRACT WILL NOT PROVIDE COVERAGE FOR THE FOLLOWING:**

A. PAINT; CARPETING AND ALL OTHER FLOOR COVERINGS; MANUAL/HYDRAULIC CLUTCH ASSEMBLY; TRIM, ANY REFITTING, REPOSITIONING OR REALIGNING OF HOSES AND RUBBER PARTS; MOLDINGS; DISTRIBUTOR CAP/ROTOR; AIR BAGS/SUPPLEMENTAL RESTRAINT SYSTEMS; LENSES; BATTERY AND CABLE; ALL MAINTENANCE SERVICES INCLUDING BUT NOT LIMITED TO SUSPENSION ALIGNMENTS, WHEEL BALANCES, ENGINE TUNE-UPS, SPARK/GLOW PLUGS AND WIRES, BRAKE PADS, SHOES AND BELTS (EXCEPT AS REQUIRED WITH A COVERED REPAIR); LININGS AND SHOES, FILTERS (EXCEPT AS SPECIFICALLY LISTED ABOVE), LUBRICANTS AND FLUIDS, AIR CONDITIONING REFRIGERANT OR ENGINE COOLANTS, HOSES LISTED UNDER SLIDE-OUT ROOMS ABOVE); BODY PANELS; BRAKE ROTORS/DRUMS; LUBRICANT SEEPAGE; CANVAS, VINYL OR FABRIC; FREIGHT CHARGES, SHIPPING CHARGES, CORE CHARGES, STORAGE CHARGES, ENVIRONMENTAL, FREON, WASTE FEES, SHOP SUPPLIES, HAZARDOUS WASTE REMOVAL; ALL FABRIC, WALLS, WOOD AND PANELS; SERVICE ADJUSTMENTS AND CLEANING; BODY ADJUSTMENTS AND CLEANING; FIBERGLASS TOP; TIRES/WHEELS/RIMS; BUTTONS, HANDLES, GLASS, GLASS FRAMEWORK AND FASTENING ADHESIVES; BUMPERS; AUDIO VISUAL EQUIPMENT (EXCEPT AS LISTED OR CHOSEN AS AN OPTION ABOVE); EXHAUST SYSTEM (EXCEPT MANIFOLD) AND EMISSION SYSTEMS; RUST OR CORROSION, CARBURETOR; HUBCAPS, PHYSICAL DAMAGE; RETROFITS OR REPLACEMENTS OF ANY COMPONENTS CAUSED BY OR DUE TO COMPLIANCE WITH LAW OR LEGISLATION INCLUDING THE 1990 CLEAN AIR ACT; INCLUDING EMISSION CONTROL EQUIPMENT AND SENSOR; IGNITION WIRES; CONSTANT VELOCITY JOINT BOOTS; EGR VALVE; FRICTION CLUTCH DISC AND PRESSURE PLATE; WIPER BLADES AND WINDSHIELD WIPER ARMS; CLUTCH THROW OUT BEARING; BOLTS AND FASTENERS.

B. PHYSICAL CONSTRUCTION OR STRUCTURES/FLOORING/DOORS/WINDOWS OR ALTERATIONS OR UPGRADES RESULTING FROM COVERED REPAIR(S).

C. NORMAL WORN PARTS, ADJUSTMENTS, OR TO DAMAGE AS A DIRECT RESULT OF:
   1. NEGLECT, LACK OF MAINTENANCE, ACCIDENT, ABNORMAL OPERATION OR EXCESSIVE/IMPROPER USE, INSTALLATION OR SERVICE AS DEEMED BY US;
   2. USE OF AN ACCESSORY OR PART NOT MANUFACTURED OR SOLD BY AN AUTHORIZED DEALER OF THE MANUFACTURER;
   3. REMOVAL OF PARTS;
   4. POWER SURGES; OR
   5. PROPANE IMPURITIES.

D. ROUTINE MAINTENANCE, FLUIDS, BELTS, FILTERS, FUSES, HOSES, FILTERS, CONSUMABLES, EXTENSION POWER CORDS, BATTERIES, FASTENERS, BULBS, COSMETIC ADJUSTMENT OR REPLACEMENT; SHELL SEPARATING OR DAMAGES CAUSED BY FREEZING, IMPROPER LAY UP OR STORAGE, CRACKING, PAINT CHANGES, CORROSION AND RUST.

E. ANY SERVICES OR EXPENSES INCURRED THAT ARE A DIRECT RESULT OF THE VEHICLE/UNIT NOT BEING SERVICED IN ACCORDANCE WITH THE MANUFACTURER'S SPECIFICATIONS.

F. THE GRADUAL REDUCTION OF OPERATING PERFORMANCE CAUSED BY NORMAL WEAR AND TEAR WHEN THE WEAR ON THE COMPONENT DOES NOT EXCEED FACTORY FIELD TOLERANCES OR ANY REPAIRS CAUSED BY PRODUCT VIBRATION, OR LOOSE FASTENERS.

G. IF THE ODOMETER HAS CEASED TO OPERATE AND HAS NOT BEEN REPAIRED IMMEDIATELY. IF THE ODOMETER HAS BEEN ALTERED BY YOU OR IF AN ACCURATE ODOMETER READING CANNOT BE DETERMINED. ANY LOSS OR DAMAGE IS CAUSED BY THE FOLLOWING: ACCIDENT, COLLISION, ROLL-OVER, RIOTS, FIRE, THEFT, FREEZING, VANDALISM, EXPLOSION, LIGHTNING, EARTHQUAKE, WINDSTORMS, HAIL, VOLCANO ERUPTION, WATER OR FLOOD, STRANDING, SUBMERSION, ABUSE OR ICE, NUCLEAR INCIDENTS, OR OTHER ACTS OF NATURE.

H. ANY COSTS, EXPENSES OR EQUIPMENT REQUIRED TO COMPLY WITH LAW AND/OR REGULATIONS IMPOSED OR SET FORTH BY ANY GOVERNMENTAL AGENCIES.

I. ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING DAMAGE TO A NON-COVERED PART OR A COVERED PART, OR ANY COVERED PART WHICH IS NOT BROKEN DOWN BUT WHICH AN AUTHORIZED SERVICE CENTER RECOMMENDS OR REQUIRES BE REPAIRED, REPLACED, OR WHERE GOVERNMENT/INDUSTRY REGULATIONS DISALLOW USE OF SAID PART(S).

J. ANY INTERNAL OR EXTERNAL DAMAGE AS A DIRECT RESULT OF: FREEZING, OVERHEATING, OR CORROSION; ELECTROLYSIS, SALT OR ANY OTHER ENVIRONMENTAL CONDITIONS; OR INADEQUATE OR IMPROPER STORAGE/LAY-UP.

**K. ANY MECHANICAL FAILURE THAT EXISTS PRIOR TO OR AS OF THE PURCHASE DATE OF THE UNIT.**

L. ANY LOSS RESULTING FROM INADEQUATE AMOUNTS OF COOLANT, LUBRICANT OR FLUIDS.

M. ANY LOSS CAUSED BY IMPROPER OR CONTAMINATED FUELS OR OTHER FLUIDS, FUELS CONTAINING MORE THAN 10% ETHANOL, DIESEL FUELS OTHER THAN PURE DIESEL.

N. COMMERCIAL USE; UNLESS COMMERCIAL USAGE IS MARKED ON THE REGISTRATION PAGE OF THIS CONTRACT.

O. MECHANICAL BREAKDOWN COVERED UNDER A MANUFACTURER'S WARRANTY, OTHER APPLICABLE WARRANTIES, GUARANTEES, POLICIES (INCLUDING ANY RECALLS) OR OTHER PRODUCT THAT WOULD PROVIDE ANY ADDITIONAL COVERAGE, REGARDLESS OF THEIR ABILITY TO PAY FOR SUCH REPAIRS.

P. CHROME; MANUAL/HYDRAULIC LINKAGE; CORROSION OR RUST; KNOBS/DIALS; APPLIANCE DOORS, DOOR SEALS, RACKS, HANDLES, SHELVES AND CABINETS AND THE DELAMINATION OF ANY APPLIANCE AND/OR ITS COMPONENTS; OUTSIDE ORNAMENTATION, TV'S OVER 50" IF AUDIO/VISUAL PACKAGE OR TV'S OVER 60" IF DELUXE AUDIO/VISUAL PACKAGE HAS BEEN PURCHASED AND THE APPLICABLE CHECK BOX HAS BEEN MARKED ON THE REGISTRATION; FURNITURE, CABINETRY, VANITIES, RACKS, SHELVES, BASKETS AND BUCKETS; PEELING OF FORMICA AND ALL LAMINATED MATERIALS; CAULKING OR GROUTING; BEDDING; SKYLIGHT ASSEMBLY AND PARTS; JAKE BRAKE (UNLESS ULTIMATE COVERAGE IS PURCHASED); PERIMETER WARNING SYSTEMS (UNLESS DELUXE AUDIO/VISUAL PACKAGE HAS BEEN PURCHASED AND THE APPLICABLE CHECK BOX HAS BEEN MARKED ON THE REGISTRATION); GPS NAVIGATION SYSTEMS (UNLESS AUDIO/VISUAL PACKAGE HAS BEEN PURCHASED IN CONJUNCTION WITH SELECT COVERAGE AND THE APPLICABLE CHECK BOX HAS BEEN MARKED ON THE REGISTRATION OR UNLESS ULTIMATE COVERAGE IS PURCHASED; PHONE SYSTEMS; PERSONAL COMPUTERS AND PRINTERS; INTERNET ACCESS SYSTEMS; AUDIO/VISUAL INTERCOM SYSTEM; CABLE, SATELLITE, AND TELEPHONE WIRING; COSMETIC DAMAGE TO ANY MATERIAL, INCLUDING BUT NOT LIMITED TO DISCOLORATION, FADING, PEELING OR CRACKING.

Q. A MECHANICAL BREAKDOWN OF THE UNIT, DURING WHICH ANY OPERATION OF THE VEHICLE/UNIT RESULTS IN FURTHER DAMAGE RELATED TO THE ORIGINAL MECHANICAL BREAKDOWN; CONTINUED OPERATION OF THE VEHICLE/UNIT WILL BE CONSIDERED FAILURE ON THE PART OF THE CONTRACT HOLDER TO PROTECT THE VEHICLE/UNIT AND WILL NOT BE COVERED UNDER THIS CONTRACT.

R. AS PART OF THE EMERGENCY ROADSIDE ASSISTANCE BENEFIT: COST OF PARTS, REPLACEMENT KEYS, FLUIDS, LUBRICANTS, FUEL; INSTALLATION OF PRODUCTS OR MATERIALS. NON-EMERGENCY SERVICE. MOUNTING OR REMOVING OF SNOW TIRES OR CHAINS. ANY AND ALL TAXES OR FINES. SERVICE AS A RESULT OF ACTS OF GOD INCLUDING: FLOODS, HURRICANES, TORNADOES. TOWING FROM AN UNLICENSED SERVICE STATION OR GARAGE. REPAIR WORK PERFORMED AT A SERVICE STATION, GARAGE, OR REPAIR SHOP. VEHICLE/UNIT STORAGE CHARGES. SECOND TOWS. SERVICE ON A VEHICLE/UNIT THAT IS NOT IN A SAFE CONDITION TO BE TOWED. TOWING OR SERVICE ON ROADS THAT ARE NOT REGULARLY MAINTAINED, I.E. SAND BEACHES, OPEN FIELDS, FORESTS, AND AREAS DESIGNATED AS NOT PASSABLE DUE TO CONSTRUCTION. TOWING AT THE DIRECTION OF A LAW ENFORCEMENT OFFICER RELATING TO TRAFFIC OBSTRUCTION, IMPOUNDMENT, ABANDONMENT, ILLEGAL PARKING, OR OTHER VIOLATIONS OF LAW. IN THE EVENT OF AN EMERGENCY RESULTING FROM YOUR USE OF INTOXICANTS OR NARCOTICS, OR FROM THE USE OF THE COVERED VEHICLE/UNIT IN THE COMMISSION OF A CRIME OR FELONY. REPEATED SERVICE CALLS FOR A COVERED VEHICLE/UNIT IN NEED OF ROUTINE MAINTENANCE OR REPAIR (ONLY ONE DISABLEMENT FOR THE SAME SERVICE TYPE DURING ANY SEVEN (7) DAY PERIOD WILL BE ACCEPTED). SERVICE SECURED THROUGH ANY SOURCE OTHER THAN ROAD AMERICA MOTOR CLUB.

S. AS PART OF DIESEL WRAP COVERAGE (IF SELECTED ON THE REGISTRATION PAGE OF THIS CONTRACT): ENGINE, TRANSMISSION, DRIVE AXEL ASSEMBLY (FRONT AND REAR) AND FOUR WHEEL DRIVE.

**V. GENERAL PROVISIONS**

A. TERRITORIAL LIMITS: This CONTRACT will only cover the VEHICLE/UNIT when it is located within the United States or Canada.

B. CONSEQUENTIAL DAMAGES: The ADMINISTRATOR is not responsible for any incidental or consequential damages, or for any oral misrepresentation other than the COVERAGE BENEFITS and EXCLUSIONS contained herein. This CONTRACT applies to the parts and labor for the installed items only, and does not provide for bodily injury, property damages, liability, or any other type of liability coverage.

C. DELAYS: This CONTRACT does not guarantee days or time of service. WE are not liable for any damages whatsoever arising out of delays; whether before or after a day/time of service is agreed upon.

D. LIMIT OF LIABILITY: For each claim/repair visit, OUR liability will in no event exceed the actual cash value of the VEHICLE/UNIT before the MECHANICAL BREAKDOWN. The aggregate of all coverage and benefits payable under this CONTRACT will not exceed the price YOU paid for the VEHICLE/UNIT or seventy-five thousand dollars ($75,000), whichever is less. If parts are not available and the VEHICLE/UNIT cannot be repaired, a pro-rated portion of the CONTRACT charge will be returned to YOU.

E. TRANSFER: To transfer the CONTRACT, YOU will need to forward a copy of this CONTRACT with a copy of the bill of sale or receipt, the new owner's information, and a transfer fee of fifty dollars ($50.00) to the ADMINISTRATOR within thirty (30) days of transfer date. Proof of maintenance may be required. Transfer of the CONTRACT from YOU to any of the following (or the kind of the following) is not permitted:
   a. Consignment sales;
   b. Dealers; or
   c. Rental agencies

F. YOUR RESPONSIBILITIES: To receive full benefits under this CONTRACT, YOU must, at YOUR own expense: have the VEHICLE/UNIT serviced as recommended by the manufacturer, keep a detailed record of all maintenance validated by the servicing dealer, and keep receipts and work orders showing dates of services performed. YOU are required to assume all liability of payment for unauthorized repairs, disassembly, or diagnostics related to non-covered repairs.

G. CLAIMS PROCEDURE: YOU will need to present this CONTRACT to a Service Center that is authorized by the ADMINISTRATOR. YOU can obtain an authorized Service Center by contacting the ADMINISTRATOR or the SELLING DEALER from whom YOU purchased this CONTRACT. The authorized Service Center must receive proper authorization from the ADMINISTRATOR prior to the repair. FOR CUSTOMER SERVICE CALL 855-327-8041.

H. OTHER COVERAGE: This CONTRACT provides coverage only in excess of other applicable and valid service CONTRACTS (including warranties and policies of insurance) which YOU have or can recover from third parties, regardless of that party's ability to pay.

I. PREVENT FURTHER DAMAGE: In the event of MECHANICAL BREAKDOWN of the UNIT, any operation of the VEHICLE/UNIT that results in further damage related to the original MECHANICAL BREAKDOWN will be considered YOUR failure to protect the VEHICLE/UNIT and will not be covered under this CONTRACT.

J. INSURER: OUR obligations under this CONTRACT are insured under an Insurance Policy issued by Wesco Insurance Company, 59 Maiden Lane, New York, New York 10038. If a covered claim is not paid within sixty (60) days after proof of loss has been filed (thirty (30) days in Arizona), YOU may file a claim directly with the Insurance Company at the address shown above or by calling toll-free 1-866-505-4048.

K. Purchase of this Service CONTRACT is not required in order to purchase or finance a motor vehicle.

L. This is a Service CONTRACT, not a contract of insurance.

M. CHANGES: No changes may be made to this CONTRACT unless approved by US in writing. None of OUR representatives have the authority to change or waive any provisions to this CONTRACT.

CS RV AMT FL 012113

N. **REPRESENTATIONS:** By acceptance of this CONTRACT, YOU agree that statements in this CONTRACT made by YOU are YOUR representations and agreements, and that this CONTRACT is issued in reliance upon the truth of those statements.

O. **CONFORMITY TO STATUTE:** This CONTRACT will be governed and construed in accordance with the laws of the State where this CONTRACT is written, and any dispute or litigation by either party arising out of the terms of this CONTRACT will be commenced in a court of competent jurisdiction in said State.

P. **ENTIRE AGREEMENT:** This CONTRACT is the entire understanding between YOU and US, and there are no warranties, representations, or agreements that are not expressly set forth herein.

VI. **CANCELLATION**

A. YOU may cancel this CONTRACT by giving written notice to US or the Selling Dealer with a statement of when the cancellation will be effective. This CONTRACT can only be cancelled by the original CONTRACT HOLDER.

B. WE may cancel this CONTRACT for non-payment of the CONTRACT, or for misrepresentation in the submission of a claim.

C. If this CONTRACT is cancelled within sixty (60) days of the CONTRACT PURCHASE DATE (thirty (30) days for Used VEHICLES/UNITS) and no claims have been filed, WE will refund one-hundred percent (100%) of the CONTRACT price paid. If this CONTRACT is cancelled after sixty (60) days of the CONTRACT PURCHASE DATE (thirty (30) days for Used VEHICLES/UNITS) or if a claim has been filed, WE will refund an amount of the unearned CONTRACT charge according to the pro-rata method reflecting the greater of the days in force or the mileage driven based on the CONTRACT time/mileage and the date coverage begins, less a fifty dollar ($50.00) administrative fee. Elapsed time and mileage shall be measured from the CONTRACT PURCHASE DATE and odometer reading, if applicable, for the VEHICLE/UNIT on the CONTRACT PURCHASE DATE. Any refund will be paid to YOU or the Lienholder, if applicable, by the SELLING DEALER. If the CONTRACT Price paid for this CONTRACT was financed, then the refund, regardless of who requested the cancellation, will be made to the Lienholder shown on the Registration page of this CONTRACT, so long as there is a balance owing. If the SELLING DEALER is notified that the loan has been paid off, the refund balance will be paid to YOU.

VII. **MAINTENANCE REQUIREMENTS**

In order to keep YOUR CONTRACT in force during its term, YOU must maintain the VEHICLE/UNIT in accordance with published scheduled maintenance requirements. If YOUR failure to follow the published scheduled maintenance requirements causes a MECHANICAL BREAKDOWN, YOU may be denied coverage. Before any repair is authorized, WE may require YOU to furnish US with proof that YOU have properly maintained the VEHICLE/UNIT as required. YOU are responsible for retaining the receipts identifying the UNIT, showing dates, mileage, services performed, year make, model and vehicle identification number, and providing them to US in the event of a claim. Failure to show proof of servicing may result in the denial of coverage. MAINTENANCE COSTS ARE YOUR RESPONSIBILITY.

VIII. **YOUR RESPONSIBILITIES AND HOW TO MAKE A CLAIM**

YOU are responsible for making sure that all warning lights/gauges and the temperature warning lights/gauges are functioning before driving YOUR VEHICLE/UNIT (if applicable). YOU are required to safely stop the VEHICLE/UNIT and shut down the engine immediately when either of these lights/gauges indicates a problem. Take all reasonable precautions to protect the VEHICLE/UNIT from further damage in order to prevent additional Costs or repairs. YOUR failure to do so will cause the additional Cost to be paid by YOU and/or it may result in the complete denial of the claim.

1. Return the VEHICLE/UNIT to any Selling Dealer or Authorized Repair Facility in the continental United States or Canada during normal service department hours. If the MECHANICAL BREAKDOWN is not covered by this CONTRACT, the costs incurred for disassembly and/or diagnostic work are YOUR responsibility and expense.
2. Provide the Authorized Repair Facility with a copy of YOUR CONTRACT.
3. The service manager must obtain YOUR authorization to inspect and/or tear down (disassemble) YOUR VEHICLE/UNIT in order to determine the cause of failure and Cost of the repair.
4. Prior to starting repairs, YOU or the Repair Facility must call the ADMINISTRATOR at 1-866-327-6844 to verify coverage and obtain a Claim Authorization Number for claims. EMERGENCY REPAIRS: If a MECHANICAL BREAKDOWN occurs when the ADMINISTRATOR's office is closed, YOU may follow these claims procedures without prior authorization. However, YOU or the Authorized Repair Facility MUST call the ADMINISTRATOR during the next business day (365 days in Wisconsin) as soon as reasonably possible in Utah). Failure to call to and report the claim on the next business day may result in non-payment. Unapproved mail-in claims may be denied.
5. Provide complete cooperation in the investigation of any MECHANICAL BREAKDOWN.
6. Provide proof of maintenance upon request.
7. Permit inspection of the Approved VEHICLE/UNIT by US before repairs are performed, if requested.
8. When YOU pick up YOUR UNIT, review the repair order with the service manager.
9. Pay the Deductible and any other non-covered expenses, if applicable.
10. Payment for covered MECHANICAL BREAKDOWNS will be made either to YOU or the Authorized Repair Facility in accordance with the CONTRACT provisions after the ADMINISTRATOR's receipt of the repair order.
11. YOU or the Authorized Repair Facility must provide the ADMINISTRATOR with the repair order within forty-five (45) days of the completion of the authorized repairs. Failure to submit the repair order within forty-five (45) days may result in complete denial and non-payment of the claim.
12. Roadside assistance services are available to you at no cost per occurrence for Covered Services. YOU are responsible for any non-covered expenses. YOUR roadside assistance coverage continues until expiration. All 24-Hour Roadside Assistance services are provided by Brickell Financial Services Motor Club, Inc. DBA Road America Motor Club, administrative offices at 7300 Corporate Center Drive, Suite 601, Miami, FL 33126. (For Mississippi and Wisconsin customers, services are provided by Brickell Financial Services Motor Club, Inc. For California customers, services are provided by Road America Motor Club, Inc.) Coverage will be provided for any driver of the registered motor home, 5th wheel, or travel trailer registered with Road America as the Covered Vehicle, as well as any vehicles or trailers in tow, while the vehicles are being towed by the Covered Vehicle. All of the services provided are described herein and are applicable throughout the United States and Canada.
    *Emergency Roadside Assistance is available throughout the United States and Canada, 24 hours a day. YOU will only have to pay for any for any non-covered expenses. To obtain service: Simply call 866-456-6927 and a service vehicle will be dispatched to your assistance. Service provided must be a covered benefit under the terms and conditions described.*
    Note: Assistance obtained through any source other than Road America Motor Club is not covered and is not reimbursable. YOU must contact Road America Motor Club to have an authorized network service provider dispatched to your assistance. In the event that service is unobtainable from Road America Motor Club, YOU will receive an authorization number and will receive a refund of payments made according to YOUR CONTRACT's benefit and coverage limits for services received independently.

IX. **OUR RIGHT TO RECOVER PAYMENT**

If WE make any payments under this CONTRACT, YOU agree that WE hold all rights of recovery for those payments against anyone due to, but not limited to: a safety recall campaign or any repair required by any court, regulatory agency, decree, or settlement. YOU agree to do nothing that would harm these rights. If YOU have a right to recover against another party, YOUR right also becomes OUR rights. YOU agree to do whatever is necessary in order to enable US to enforce these rights. If WE pay for repairs under this CONTRACT and YOU are also repaid for the same repairs by someone else, YOUR payment will become OUR property, up to the amount that WE paid for the repairs. WE shall recovery only the excess after YOU are fully compensated for YOUR loss.

X. **REPAIR FACILITY GUIDELINES FOR HANDLING CLAIMS**

Follow these steps when handling a claim:

1. Advise the CONTRACT HOLDER that evaluation of a failure does not mean that the repair is covered under this CONTRACT. All covered repairs must receive prior authorization from the ADMINISTRATOR.
2. Have the CONTRACT HOLDER authorize inspection/tear down of the VEHICLE/UNIT to determine cause of failure and to repair. Save all components, including fluids and filters, should ADMINISTRATOR require outside inspection. Notify the CONTRACT HOLDER that cost of tear down will not be paid if it is determined that the failure is not covered under this CONTRACT.
3. Determine the cause of failure, correction required and cost of the repair(s).
4. Contact the ADMINISTRATOR's Claims Department at 1-866-327-6844 to obtain authorization to proceed with the claim. Be prepared with the following information when placing the call:
    a. Customer's Name and CONTRACT Number.
    b. Cause of failure and recommended correction.
    c. Cost of repair(s).
5. A Claims Advisor will verify coverage and do one of the following:
    a. Approve Claim – If approved, the authorization number must be recorded on the repair order. The authorized amount is the maximum that will be paid. Additional amounts must receive prior approval.
    b. Require Additional Evaluation, Inspection or Tear Down – ADMINISTRATOR may require an inspection prior to repair being completed. If a tear down is required to determine cause of failure, the CONTRACT HOLDER must authorize same.
       REPAIR FACILITY: In this instance, notify the CONTRACT HOLDER that if the repair is not covered, then they will be responsible for cost of the tear down. The Repair Facility should save all components requiring inspection, including fluids and filters. The Claims Advisor will arrange for the inspection, and if the inspection is not made within forty-eight (48) hours, contact the Claims Advisor again.
    c. Deny the claim and provide the reason for the denial.
6. Review the ADMINISTRATOR's findings with the CONTRACT HOLDER, as well as what will be covered by the CONTRACT, and what portion of the repairs will not be covered (if any).
7. Obtain the CONTRACT HOLDER's authorization to complete repairs. All repair orders must have the CONTRACT HOLDER's signature to qualify for payment.
8. Submit the repair order(s) that includes this CONTRACT's number, the authorization number, and the authorized amount to the ADMINISTRATOR within thirty (30) days to the following address: 59 Maiden Lane, 6th Floor, New York, New York 10038.

XI. **GENERAL INQUIRIES OR QUESTIONS RELATED TO THIS CONTRACT:**

For general inquiries or questions related to this CONTRACT, please contact CORNERSTONE at 866-327-6044.



CornerStone

CUSTOMER                           CO-BUYER
Charles
Vaughan

VIN                                CONTRACT NUMBER
4V0FC382XFR004929                  CSRVF45874

IN SERVICE SINCE     DEDUCTIBLE    EXPIRATION DATE
08/02/14             50            08/01/21

24/7 Emergency Roadside Assistance: 866-456-8927

# PLATINUM
## PROTECTION SYSTEMS

# Platinum Protection Ultimate Limited Warranty Registration Form*
## Recreational Vehicles (RV's), Marine, Motorcycle, ATV and PowerSport

P.O. Box 6070
Woodridge, IL 60517
1-877-275-8234

**PLEASE CHECK THE APPROPRIATE BOX:**

☐ New Eligibility: Current and up to five (5) model years old, regardless of mileage
☐ Pre-Driven (Used) Eligibility: Older than five (5) model years old, regardless of mileage

100612

Vehicle Owner's Name
Vehicle Owner's Address
Make, Model and Year
Dealer Name
Dealer Address
Mileage at Application

GEORGE C WAGGENER
17200 PARKER LA TAMPA AL 305-26
2015 REDWOOD RED WOOD
LAZYDAYS
9130 LAZYDAYS BOULEVARD SEFFNER FL 33584 2966

Purchase Price $ N/A                               Applied Date:

| Type | Platinum Protection Systems Ultimate Appearance Protection |
|---|---|
| (Initial all that apply) | **Environmental Paint/Gel Coat Protection** |
| **RV & MARINE** | Warranted Paint/Gel Coat Protection against: weather induced fading, weather induced chalking, weather induced loss of gloss, acid rain, bird waste, tree sap, insect damage**, sun's UV damage, hard water spots**, de-icing agents/road salt, ocean spray, industrial fallout**, paint/gel coat overspray |
| **JPUPRM**  | |
| **MOTORCYCLE, ATV & POWERSPORT** | **Fabric, Carpet, Leather/Vinyl Protection** Warranted Fabric, Carpet, Leather/Vinyl Protection against: fast food & beverage stains, juice boxes, bleaches & dyes, inks, fading or discoloration, cracking of the dash, sun's UV rays, mold & mildew, chewing gum, crayons, lipstick/makeup, blood & bodily fluids, rips & tears (less than six (6) inches long), or punctures & burns (up to one (1) inch in diameter). |
| **JPUPMP** | |

APPEARANCE PROTECTION INFORMATION STATEMENT: Before you decide to purchase Appearance Protection products from us, we encourage you to review the vehicle manufacturer's warranty; specifically with respect to paint/gel coat deterioration, interior staining, and the written policy statement of the vehicle manufacturer or distributor, if any, with respect to other manufacturer Appearance Protection products including paint/gel coat and interior protection. SUCH WARRANTY AND STATEMENTS, IF ANY, ARE AVAILABLE FOR YOUR REVIEW PRIOR TO YOUR SIGNING ANY AGREEMENT. ASK YOUR SALESPERSON FOR COPIES.

The purchase of these products is optional and is in no way a condition to either the purchase or financing (obtaining credit) of a vehicle.

Acknowledgement: This is to verify the above has been presented to me at the time of my motor vehicle purchase.

Date: _____ Buyer: _____ Co-Buyer: _____

I/We, the undersigned, have been presented with the following products at the time of purchase and have decided not to purchase the items checked below:
☐ Environmental Paint/Gel Coat Protection          ☐ Fabric, Carpet, Leather/Vinyl Protection

Buyer: _____ Co-Buyer: _____

*This document is an Application for the PLATINUM PROTECTION SYSTEMS APPEARANCE PROTECTION limited warranty. If this Application is accepted by ECP, Inc., the manufacturer and warrantor, then it will become **Your Contract.**

*LIMITED WARRANTY REGISTRATION: The registration of this limited warranty is required and must be submitted to the manufacturer to become effective (unless state law governs otherwise). The registration copy must be mailed in to ECP Inc., P.O. Box 6070, Woodridge, IL 60517 by the selling dealer within sixty (60) days of the date of the application to initiate coverage. ECP reserves the right to reject this registration, without obligation to any party if it is not fully and accurately completed, or if the proper fees are not submitted to ECP by the dealer.

This limited warranty is not available for sale to consumers who reside in the state of New York.

## Visit Our Website @ www.ecpinc.net

White – Platinum Copy          Yellow – Dealer Copy          Pink – Customer Copy

® Platinum is a registered trademark of ECP Incorporated 2013 Rev. 07/13

ITEM # AMT1007

## LIMITED WARRANTY TERMS

The term of this limited warranty is five (5) years from the date of application.

## VEHICLE ELIGIBILITY

New Vehicles (including lease) limited warranty coverage: any vehicle within current and five (5) model years old, regardless of mileage. Pre-Driven (Used) Vehicles limited warranty coverage: any vehicle older than current plus five (5) model years old. Please note: Commercial vehicles, manufactured homes and mobile homes are not eligible for any of these protections. A commercial vehicle is one that is used for commercial purposes and used for delivery or hire.

## LIMITED WARRANTY – PLATINUM PROTECTION SYSTEMS ULTIMATE ENVIRONMENTAL PAINT/GEL COAT

ECP, Inc. (ECP), the manufacturer and warrantor of the Platinum Protection Systems Environmental Paint/Gel Coat System, hereby warrants and undertakes with the vehicle owner named on the reverse side that should the factory painted/gel coat surfaces of the vehicle be damaged by weather induced fading, weather induced chalking, weather induced loss of gloss, acid rain, bird waste, tree sap, insect (damage), farm's UV damage, hard water spots, de-icing agents and road ocean spray, industrial fallout, paint/gel coat overspray (*see below for definitions) and the vehicle owner makes a timely claim (see Vehicle Owner's Duties) to the manufacturer at the address provided during the term of your limited warranty, ECP will pay for repair of the damaged portions of your vehicle and re-application of the Platinum Protection Systems Exterior Paint/Gel Coat Protection System. ECP's total liability, the sum of all paint/gel coat claims represented on this limited warranty and any implied warranty will not exceed $2,000.00. ANY REPAIR UNDERTAKEN WITHOUT WRITTEN AUTHORIZATION FROM ECP WILL NOT BE REIMBURSED.

## DEFINITIONS

(1) *Hard water spots - are mineral and water deposits that have collected on the factory painted surfaces of the vehicle and cannot be removed with the ECP Appearance Care Kit; (2) *Industrial Fallout - brake or rail dust on the factory painted surfaces of the vehicle and cannot be removed with the ECP Appearance Care Kit. (3) *Insect Damage - including love bugs, provided the insects are removed within a reasonable time (two (2) days)

## LIMITED WARRANTY – PLATINUM PROTECTION SYSTEMS ULTIMATE FABRIC, CARPET, LEATHER/VINYL

ECP, Inc. (ECP) the manufacturer and warrantor of the Platinum Protection Systems Fabric, Carpet, Leather/Vinyl Systems, hereby warrants and undertakes with the vehicle owner named on the reverse side that should the vehicle's Fabric, Carpet, Leather/Vinyl surfaces be damaged by food, bad food & beverage stains, juice boxes, bleaches & dyes, ink, fading or discoloration, cracking of the dash, sun's UV rays, mold & mildew, chewing gum, crayons, lipstick/makeup, blood and bodily fluids (including pets), rips & tears (less than six (6) inches long), punctures & burns (up to one (1) inch in diameter) and the vehicle owner makes a timely claim (see Vehicle Owner's Duties) to the manufacturer, at the address provided below during the term of your limited warranty, ECP will pay for repair of the damaged area and reapplication of the Platinum Protection Systems Fabric, Carpet, Leather/Vinyl Protection Systems. Please note: all stains are caused by dyes, inks, or bleaches, the remedy is limited to professional dyeing of the carpet, upholstery and/or leather/vinyl surfaces. ECP's total liability for the sum of all interior claims represented on this limited warranty and any implied warranty will not exceed $2,000.00. ANY REPAIR UNDERTAKEN WITHOUT WRITTEN AUTHORIZATION FROM ECP WILL NOT BE REIMBURSED.

## LIMITED WARRANTY EXCLUSIONS – ULTIMATE ENVIRONMENTAL PAINT/GEL COAT

Your limited warranty does not apply to: (1) damage on the exterior system's chrome plated trim or changes; (2) corrosion, paint chips(i.e. delamination), peeling, scratches, rubbing, cracking, or flaking; (3) paint damage caused by impact, collision, neglect, abuse, vandalism, or pre-existing damage; (4) corrosion damage; (5) paint damage on the panels or tailgate of a truck bed (only the inside of the bed, or on the door panel of the bed) or corrosion perforation on the vehicle's (roof); (6) damage not repaired, replaced or requested unless due to collision, except for repairs, unless the Platinum Protection Systems Environmental Paint/Gel Coat products have been reapplied; (7) to parts or equipment installed after the vehicle has left the factory assembly line or structurally altered (after manufacture); (8) exterior damage due to defective design materials or workmanship in the manufacture of the vehicle, as documented in manufacturer technical bulletins, written settlement policies, or recall notices; or (9) general cleaning and maintenance; (9) any damage incurred under this limited warranty exceeding $2,000.00.

## LIMITED WARRANTY EXCLUSIONS – ULTIMATE FABRIC, CARPET, LEATHER/VINYL

Your limited warranty does not apply to: (1) damage or stains caused by paints, acids or other corrosives, (2) materials which

---

## LIMITED WARRANTY EXCLUSIONS – ULTIMATE FABRIC, CARPET, LEATHER/VINYL (continued)

have been subjected to vandalism, malicious acts or by the failure of the vehicle owners to maintain reasonable care or pre-existing (damage); (3) damage due to modifications or alterations (vinyl/leather/fabric surfaces, and/or carpet surfaces, (4) vinyl surface cracking or normal deterioration due to age; (5) floor mats or headliners; (6) suede or nubuck leather; (7) repaired or replaced materials unless the Platinum Protection Systems Fabric, Carpet Leather/Vinyl (Protection has been reapplied; (8) to interior damage due to defective design materials or workmanship in the manufacture of the vehicle, as documented in manufacturer technical bulletins, written settlement policies, or recall notices, or (9) general cleaning and maintenance; (10) any damage incurred under this limited warranty exceeding $2,000.00.

## HICL OWNE...DUTIES

(1) Where any panel or area of the vehicle body is replaced or repaired or otherwise altered not pertaining to the limited warranty (i.e. accident damage) the Customer must bring the vehicle to the Dealer for a touch up application of the Platinum Protection Systems Exterior Paint/Gel Coat and/or interior Protection System. Said lead-in/top application is at cost within thirty (30) days after the alteration and is to be at the expense of the Customer. Failure of the Customer to comply with this paragraph will relieve the Manufacturer of liability for such affected areas. (2) Customer should maintain the vehicle by regular cleaning and prompt use of lead-in only on both surfaces. Every six (6) months after the (original) product application, Customer should follow all instructions obtained on the Platinum Protection System Appearance Care Kit and use all the products it contains in the manner prescribed. (3) In case of Spills: Remove all liquids or solids from the interior material as soon as possible. This can be done by gently blotting the spilled material with a napkin or absorbent cloth; Avoid rubbing spilled material into fabric structure. (4) Failure of the Customer to regularly inspect the vehicle in order to be able to file a claim within sixty (60) days following the occurrence of covered damage will relieve manufacturer of its legal responsibilities under your limited warranty.

## EPA LIMITATIONS

New Vehicles: ECP will pay(1)to repair (including repairing (color) or replacing (material) if required the damaged portions of the vehicle) covered under this limited warranty. Please note: For damage caused by Rips, Tears, Punctures or Burns THE REPAIR OBLIGATIONS OF ECP SHALL BE LIMITED to cleaning, repairing and/or replacing the damaged interior fabric, carpet or vinyl/leather surfaces with either an upholstery insert or replacement of the (seating component and may not include replacement of the entire seat cover, seat back, armrest, and/or carpet. Pre-Driven (Used) Vehicles: ECP will pay to repair with limitations the damaged portions of the vehicle, covered under the limited warranty. The repairs will be limited to professional detailing, which may include: (1) buffing polishing or wet sanding of the exterior painted/gel coat surfaces and reapplication of the Platinum Protection Systems Environmental Paint/Gel Coat Protection System. (2) Professional cleaning and re-dying (if required) of the Interior Fabric, Leather and/or Vinyl surfaces and reapplication of the Platinum Protection Systems Interior Protection. (3) For damage caused by Rips, Tears, Punctures and Burns, THE REPAIR OBLIGATIONS OF ECP SHALL BE LIMITED to cleaning and/or repairing the damaged interior fabric, carpet, or leather/vinyl surfaces. Please Note: Pre-existing damage (damage) that has occurred prior to the application of any product(s) is not covered.

## REPAIR OBLIGATIONS

THE REPAIR OBLIGATIONS OF THE MANUFACTURER SHALL BE LIMITED to one repair of each exterior/interior damaged area. The nature of repairs and the time frame outlined in the limited warranty paragraph above will be adhered to. Except when otherwise directed, by State or Federal regulations, ECP has sole discretion in determining and implementing the repair. ECP shall cause this service to be performed in a reasonable promptness expediently; however, due to the effect of aging and variations over time, the manufacturer does not warrant color match to impaired components of the vehicle. ECP reserves the right to professionally detail (i.e. refinish, clean, reapply) all damage claims prior to any remedies. ECP has no obligation toward reimbursement of transportation or inconvenience costs during (time) of repair. At no time shall payment of repairs arising from such damage exceed the current average wholesale value of the vehicle according to the Black Book or Used Car Trade-In Guide published by National Auto Research Publications Inc., at the time of claim inspection. If repair costs do exceed the current average wholesale value of the vehicle, (the) average wholesale value amount will be paid to the vehicle owner and the limited warranty coverage will be terminated. MANUFACTURER SHALL HAVE NO FURTHER LIABILITY OR OBLIGATION OF ANY NATURE WHATSOEVER ARISING OUT OF YOUR EXPRESS LIMITED WARRANTY INCLUDING, BUT NOT LIMITED TO LIABILITY OR OBLIGATION FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ANY IMPLIED WARRANTIES ACCOMPANYING THE SALE OF THE ECP APPLICATION ARE LIMITED IN

---

## DURATION TO THE DURATION OF YOUR EXPRESS LIMITED WARRANTY. Some states do not allow for exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so the above exclusion or limitation may not apply to you. Your limited warranty is granted for the sole benefit of the original owner and such limited warranty is not permitted below. Your limited warranty gives you specific legal rights, and you may also have other rights, which vary from state to state.

## HOW TO... CLAIM

Pelt/Gel Coat or Interior damage once begun may worsen / unless repairs are promptly made. In order to materially limit damages, you might occur, the Customer must (1) of such damage within sixty (60) days after the occurrence of covered damage to the Warranty Administration Dept., P.O. Box 5070, Woodridge, IL 60517, call 1-800-323-3521 or visit our website at www.ecpinc.net to file a claim. Please provide a copy of your limited warranty (front and back), a copy of your current vehicle registration or title, an itemized estimate of repair (exterior claims only), your current address, home and work telephone numbers email, and the type of damage which has occurred. (2) If necessary, within thirty (30) days after receiving your return, an appointment will be arranged for an inspection by an independent adjusting company located within fifty miles of the location of the (selling) dealer, unless otherwise waived by Customer. (3) The Customer will then be notified of the acceptance or rejection of the claim, within thirty (30) business days after the inspection. (4) If the claim is accepted, a check will be issued payable to the Customer within thirty (30) days. (5) Do not have the repairs done until the claim process has been completed and the Customer has received a written decision. ANY REPAIR UNDERTAKEN WITHOUT WRITTEN AUTHORIZATION FROM ECP WILL NOT BE REIMBURSED.

## WARRANTY EXTENSION/RENEWAL

Platinum Protection Systems Paint/Gel Coat and Interior Coverage for the vehicle may be extended by the original owner for Life in three (3) year increments (as long as the original owner owns the vehicle), if within ninety (90) days prior to the expiration of the limited warranty, (and every three (3) years thereafter) you pay an Platinum Protection Systems dealer (at printing prices) for the vehicle pre-cleaning and re-application of the Platinum Protection Systems Environmental Paint and Interior Protection Systems. To request extension, customer must submit This limited warranty, proof of ownership, and a copy of the dealer repair order proving re-application (of the Platinum Protection Systems Environmental Paint and Interior Protection Systems). Please note: ECP's repair obligations under this Limited Warranty Extension are limited to professional detailing only.

## TRANSFER OPTION

A subsequent owner may apply for continued limited warranty coverage for the remaining term of this original limited warranty, to make this application for transfer, the new owner (must) submit within ninety (90) days of purchase: (1) this original limited warranty currently in effect, (2) $50.00 transfer fee by check payable to ECP (active members of the US Military are exempt from paying a transfer fee) (3) Copy of Bill of Sale or New State title with the new owner's name and address

## OBLIGATIONS

**ECP's obligations under this limited warranty are backed by an admitted insurance company rated "A" by A.M. Best Company:**

THIS AGREEMENT IS A PRODUCT LIMITED WARRANTY AND NOT INSURANCE. IT IS NOT SUBJECT TO STATE INSURANCE LAWS BUT MAY BE SUBJECT TO STATE LAW CONCERNING WARRANTIES.

## STATE SPECIFIC DISCLOSURES

**TEXAS:** Vehicle Protection Products are regulated by the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, 1-800-803-9202, 1-512-463-6599. Unresolved complaints concerning a registered warrantor questions concerning the operation of the warrantor may be addressed to the department. OUR obligations under this CONTRACT are insured by a reimbursement insurance policy issued by Wesco Insurance Company, 59 Maiden Lane, 6th Floor, New York, NY 10038. In the event We cease to operate/ become bankrupt or fail to pay, YOUR claim within sixty (60) days after proof of loss has been filed, YOU may file a direct claim with Wesco Insurance Company at 59 Maiden Lane, 6th Floor, New York, NY 10038 or toll-free at 1-866-505-4048.
**WASHINGTON:** This agreement (issued by the warrantor is considered to be a Protection Product Guarantee subject to the requirements of Chapter 48.110 RCW. If a protection product guarantee holder, you are entitled to apply directly and without delay, to the reimbursement insurance company for payment or performance due under the Agreement.

ITEM # AMT1097

The refund will be based upon the months remaining relative to the original Agreement and figured on a 100% pro rata basis. The lienholder will be named on the check when financing had been provided for the Agreement's premium. In the event of repossession or total loss, the lienholder may request cancellation of this Agreement and shall be the sole named payee.

## STATE AMENDMENTS

If this agreement is purchased in any of the following states, the applicable amendments shall apply:

### ALABAMA

Free look Provision - YOU may return this service contract within ten (10) days from delivery at the time of sale or within twenty (20) days of the date the contract was mailed for a full refund of the purchase price of the contract. This provision is not transferable and shall apply only to the original service contract purchaser, and only if no claim has been made prior to its return to the Selling Dealer.

The Cancellation paragraph is amended as follows: After the free-look period, should the agreement holder cancel this contract, the administration fee for cancellation shall not exceed $25. A ten (10%) percent penalty will be applied to any refund that is not paid within forty-five (45) days of the return of this Service Agreement to US. If WE cancel, WE will give YOU at least five (5) days notice sating the effective date and reason for cancellation.

The Arbitration paragraph is removed in its entirety and replaced with the following:

Arbitration Disclosure - By signing this service contract, YOU are indicating YOU understand that any service contract issued contains an arbitration clause for the settlement of any controversy between YOU, the service contract holder, and USWC, the issuer of the service contract and the selling dealer. The terms of the arbitration clause are found in the Arbitration Agreement below. YOU understand that all parties are agreeing to resolve any and all controversies related to this service contract by arbitration, except disputes regarding amounts that are less than the jurisdictional limits of the small claims court.

Arbitration Agreement - YOU agree to resolve any and all controversies or claims related to this Service Agreement issued pursuant to this Agreement, except disputes regarding amounts that are less than the jurisdictional limits of the small claims court, by arbitration. YOU agree to arbitrate any such controversy or claim with the express understanding that this Service Agreement is affected by interstate commerce and that the services that are the subject matter of this Service Agreement, pass through interstate commerce. YOU also agree that in addition to deciding any controversy or claim arising out of this Service Agreement, the arbitrator(s) shall decide all threshold issues regarding the validity of this arbitration clause or any questions regarding the arbitrability contemplated herein of any dispute or controversy.

Said arbitration shall be conducted pursuant to the American Arbitration Association Commercial Arbitration Rules (the "Arbitration Rules") or such other arbitration rules that WE may otherwise agree to in writing. WE shall equally bear the cost of the above-stated arbitration. Each of US shall bear the cost of OUR own attorney's fees and expenses. YOU agree and understand that: (1) each of US is waiving rights to seek remedies in court, including the right to a jury trial; (2) pre-arbitration discovery and arbitration proceedings are generally more limited than, and different from, court proceedings; and (3) the arbitrator's finding is not required to include factual findings or legal reasoning. The written decision and award of the arbitrators will be final and binding on both of US.

### ALASKA

This Service Agreement will provide coverage if YOUR vehicle is used for snow removal, provided it is properly equipped for such use and is not used commercially.

### ARIZONA

Exclusion # 5(f), is removed in its entirety.

The Arbitration paragraph is modified by the addition of the following:

Arbitration must be agreed to by both YOU and US. The arbitration clause may not be construed to prevent the AZ consumer from their rights to a complaint with the A.D.O.I. for any remedy, including those subject to the provisions under A.R.S. §§ 20-1095.04 and 20-1095.09. WE may only cancel this Agreement for nonpayment of premium.

### ARKANSAS

In the event the selling dealer ceases to operate, is bankrupt or YOUR claim is not paid within thirty (30) days after proof of loss, YOU may file a claim directly with the insurance company listed below.

### CALIFORNIA

The Cancellation provisions are amended as follows: During the first sixty (60) days from the effective date, YOU will be refunded one hundred (100%) percent

Page 2 of 5

of the premium paid, if no claims have been filed. If a claim has been filed within the first sixty (60) days, the refund will be pro-rated based on the lesser of months or mileage remaining. After the first sixty (60) days, YOU will be refunded one hundred (100%) percent of the unearned premium paid, less a fee of ten percent (10%) of the refund amount or $25, whichever is less. The unearned premium will be prorated based on the lesser of months or mileage remaining, relative to the original agreement.

During the first sixty (60) days from the effective date, WE may cancel only for 1. Fraud, 2. Misrepresentation, or 3. Non payment of the purchase price. The full purchase price of this service agreement will be refunded within thirty (30) days of the date of cancellation. WE will provide notice of cancellation and the specific grounds for cancellation to the agreement holder via certified mail before the sixty-first (61) day after the date of purchase.

Performance to YOU under this contract is guaranteed by a California approved insurance company. YOU may file a claim with this insurance company if any promise made in the contract has been denied or has not been honored within sixty (60) days of the date a claim was filed. The name and address of the insurance company is: Northbrook Indemnity Company, 1776 American Heritage Life Drive, Jacksonville, FL 32224. If you are not satisfied with the insurance company's response, you may contact the California Department of Insurance at 1-800-927-4357.

Vehicle service contracts sold in CA are exempt from sales tax.

Claims procedures is amended to include the following: If the VSCP has the vehicle towed to a repair facility of its choice for a second opinion, the towing cost will be borne by the VSCP.

The Arbitration paragraph is deleted in its entirety.

### CONNECTICUT

The Cancellation paragraph is amended as follows: YOU have the right to cancel this warranty at any time for any reason including if the vehicle is returned to the dealer or if it is sold, lost, stolen or destroyed.

Resolution of Disputes: If WE are unable to resolve any disputes with YOU regarding this warranty, YOU may file a written complaint with the State of Connecticut, Insurance Department, P.O. Box 816, Hartford, CT 06142-0816, Attn. Consumer Affairs. The written complaint must contain a description of the dispute, the purchase price of the item subject to the extended warranty, the cost of repair of the item, and a copy of the extended warranty contract. If the term of YOUR contract is less than one (1) year, and YOUR vehicle is in for repairs at an approved repair facility and such repairs have been authorized by US, YOUR service agreement will be automatically extended for the time it takes to complete the repairs to YOUR vehicle.

### FLORIDA

Maintenance Plans are not regulated by the Florida Office of Insurance Regulation and can only be purchased in conjunction with the Vehicle Service Agreement.

Effective July 1, 2011, rates charged for this Vehicle Service Agreement are not subject to review by the Florida Office of Insurance Regulation.

Arbitration will take place in a court of the county in which the holder resides. Arbitration is non-binding in Florida.

### GEORGIA

The Cancellation paragraph is deleted and replaced with the following: YOU may cancel this Service Agreement by surrendering YOUR copy of the Agreement with written notice to the Selling Dealer or directly to US. If cancelled during the first sixty (60) days, a one hundred (100%) percent refund of the contract price will be made. After sixty (60) days, a pro-rata refund will be made based upon the greater of the used time or mileage less a fee of ten (10%) percent of the unearned pro-rata contract charge or $50, whichever fee is less. WE cannot cancel this contract except for material misrepresentation or fraud at the time of sale, or non-payment of contract charge, in which case YOU will be notified by certified mail. If WE cancel this contract, WE will return one hundred (100%) percent of the unearned pro-rata contract charge.

Refunds shall only be made to lienholders in the event YOUR contract purchase has been financed. In such event, YOU authorize the lienholder to receive any refund amounts. In the event the issuer of this contract is unable to make a refund, YOU may file a claim directly with the insurer listed below.

Notice of any cancellation will be in writing and given at least thirty (30) days prior to cancellation. Cancellation will comply with Section 32-24-44 of the Georgia Code.

Exclusion # 3(d) is amended as follows: Any loss caused by negligence, misuse, alterations made by YOU, rust and/or rust damage, corrosion, electrolysis, lack of proper and necessary amounts of coolant or lubricants or lack of proper maintenance as recommended by the manufacturer.

Exclusion # 3(l) is amended as follows: Any failure caused by contamination, carbonization, oil starvation, battery acid or other maintenance related conditions or the condition of water intrusion commonly known as hydrolock.

Exclusion # 4(a) is amended as follows: The failure of any part affected by alterations made by YOU and not recommended by the manufacturer. This includes but is not limited to the installation of oversized tires, suspension lift kits, headers or other modifications to enhance performance.

Exclusion # 5(d) is amended as follows: Any loss which occurs when an odometer is inoperative whether from failure, disconnection or alteration subsequent to purchase of the service agreement; or when an exact determination of lapsed mileage is unavailable.

Exclusion # 5(f) is amended as follows: For any pre-existing condition known to you or for any breakdown occurring before coverage takes effect or prior to the contract purchase date, or if the information provided by you cannot be verified as accurate or is found to be deceptively inaccurate.

Arbitration does not apply in Georgia.

## HAWAII
The Cancellation paragraph is amended as follows: If YOU cancel this Service Agreement during the first sixty (60) days and no claim has been made on this Service Agreement, a 100% refund of the Agreement charge will be made. After sixty (60) days, a pro-rata refund will be made based upon the greater of the time or mileage expired less a $50 administration fee. A ten percent (10%) penalty per month will be applied to any refund not paid or credited within forty-five (45) days after return of this Service Agreement to US. The right to cancel is not transferable and only applies to the original Service Agreement Holder. If WE cancel for any reason other than: (1) nonpayment of Agreement Charge; (2) any material misrepresentation made by YOU or on YOUR behalf; or (3) any substantial breach of contractual duties by YOU, WE will provide YOU with written notice of cancellation at least five (5) days prior to the effective date of cancellation.

## IDAHO
NOTICE TO PURCHASER: Coverage afforded under this Service Agreement is not guaranteed by the Idaho Insurance Guaranty Association.

Obligations of the motor vehicle service contract provider under this motor vehicle service contract are guaranteed under a service contract liability policy. Should the motor vehicle service contract provider fail to pay or provide service on any claim within sixty (60) days after proof of loss has been filed, the motor vehicle service contract holder is entitled to make a claim directly against the insurance company.

## ILLINOIS
Wear and tear is only covered under New Vehicle coverage.

The obligor is the party responsible for honoring cancellation requests.

However, the selling dealer can handle a customer's request for cancellation on behalf of the obligor.

## INDIANA
YOUR proof of payment to US for this Service Agreement shall be considered proof of payment to First Colonial Insurance Company, which guarantees OUR obligations to YOU, providing such insurance was in effect at the time YOU purchased this Agreement.

## IOWA
If YOU cancel your service agreement, WE will mail a written notice of termination to YOU within fifteen (15) days of the date of termination. YOU may cancel your service agreement within ten (10) days from delivery at the time of sale or within twenty (20) days from the date the contract was mailed for a full refund of the purchase price of the contract. This shall apply only to the original service agreement holder and if no claims were filed. A ten percent (10%) penalty shall be added each month to a refund that is not paid to the service agreement holder within thirty (30) days of the return of the service contract. OUR obligations to YOU are guaranteed under the Contractual Liability Insurance Policy (Reimbursement Policy) issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, FL 32224. In the event YOU have any questions regarding YOUR contract, YOU may contact US at 22 Northeast 22nd Avenue, Pompano Beach, FL 33062 or First Colonial Insurance Company. YOU may also contact the Iowa Insurance Commissioner at the Iowa Securities Bureau, 340 E. Maple, Des Moines, IA 50319.

## KENTUCKY
Wear and tear is not covered.

Road Service Allowance is not available to the Service Agreement Holder.

## LOUISIANA
Road Hazard Coverage is not available to the Service Agreement Holder.

Cancellation is amended as follows: During the first thirty (30) days from the effective date, YOU will be refunded one hundred (100%) percent of the total premium paid.

## MARYLAND
Free Look Provision: YOU may return this service contract within the first twenty (20) days from delivery at the time of sale (or within twenty (20) days

Page 3 of 5

after receipt of the contract if the Service Agreement is mailed) for a full refund of the purchase price of the contract. This provision is not transferable and shall apply only to the original contract purchaser, and only if no claim has been made prior to its return to the Selling Dealer. A ten (10%) percent penalty per month will be applied to any refund that is not paid or credited within forty-five (45) days after the service contract has been cancelled.

## MASSACHUSETTS
PURCHASE OF THIS CONTRACT IS NOT REQUIRED IN ORDER TO REGISTER OR FINANCE YOUR VEHICLE. THE BENEFITS PROVIDED MAY DUPLICATE EXPRESS MANUFACTURER'S OR SELLER'S WARRANTIES THAT COME AUTOMATICALLY WITH EVERY SALE. THE SELLER OF THIS COVERAGE IS REQUIRED TO INFORM YOU OF ANY WARRANTIES AVAILABLE TO YOU WITHOUT THIS CONTRACT.

Chapter 90, Section 7N 1/4 of Massachusetts General Laws requires an automobile dealer to provide a warranty covering certain classes of used motor vehicles as follows: Used Vehicles with less than 40,000 miles at the time of sale Provides Coverage for ninety (90) days or 3,750 miles, whichever occurs first. Used Vehicles with 40,000 miles or more but less than 80,000 miles at the time of sale Provides Coverage for sixty (60) days or 2,500 miles, whichever occurs first. Used Vehicles with 80,000 miles or more but less than 125,000 miles at the time of sale Provides Coverage for thirty (30) days or 1,250 miles, whichever occurs first.

The vehicle YOU have purchased may be covered by this law. If so, the following is added to this Contract: In addition to the dealer warranty required by this law, YOU have elected to purchase this Contract, which may provide YOU with additional protection during the dealer warranty period and provides protection after the dealer warranty has expired. YOU have been charged separately only for this Contract. The required dealer warranty is provided free of charge. Furthermore, the definitions, coverage and exclusions stated in this Contract apply only to this Contract and are not terms of the required dealer warranty.

## MINNESOTA
The cancellation Section is Amended to include the following:

Right of Return: During the first twenty (20) days from the effective date, if no claims have been made under this service contract, YOU may return this service contract to the provider and will be refunded 100% of the total premium paid. A ten percent penalty per month will be added to a refund that is not paid or credited within 45 days after return of the service contract to the provider.

This agreement is not an insurance contract

Obligations of the provider under this service contract are insured under a service contract reimbursement insurance policy.

## MISSISSIPPI
The Arbitration paragraph is deleted in its entirety.

## MISSOURI
THIS AGREEMENT IS NOT AN INSURANCE CONTRACT.

The "free look period" commences on the mailing date or delivery of a fully executed copy of the contract, whichever is earlier, and extends this period to forty-five (45) days from the date the initial payment is processed. If YOU cancel within the "free look period", WE will refund 100% of the fee, less any claims paid.

Obligations of the provider under this service contract are guaranteed under a service contract reimbursement insurance policy. If WE fail to pay or provide service on a claim within sixty (60) days after proof of loss has been filed, YOU are entitled to make a claim directly against the insurance company. WE cannot cancel this Service Agreement except for fraud, material misrepresentation or failure to pay for this Agreement on YOUR part. If WE cancel, WE will provide written notice to YOU within forty-five (45) days of termination. YOU may return the contract within at least twenty (20) business days of the date of mailing of the contract or delivery if at the time of purchase.

If no claim has been made under the contract, the contract is void and WE shall refund to YOU the full purchase price of the contract. A ten (10%) percent penalty per month shall be added to a refund that is not paid within thirty (30) days of return of the contract to US. The "free look time period" shall only apply to the original service contract purchaser.

## MONTANA
The Arbitration paragraph is deleted in its entirety.

## NEBRASKA
The Cancellation paragraph is amended as follows: Insurer can cancel by giving ten (10) days written notice for non-payment of premium. Otherwise, sixty (60) days written notice will be given. If contract is in effect for more than sixty (60) days, the Insurer may cancel for non-payment of premium, misrepresentation, fraud, violation of contract, loss of contractual liability insurer.

Arbitration is amended as follows: Arbitration must be mutually agreed upon and applies to existing controversies, but cannot be required of something that may arise in the future.

## NEVADA

Free Look Provision: YOU may return this service contract within ten (10) days from delivery at the time of sale (or twenty (20) days after the receipt of the contract if service contract is mailed) for a full refund of the purchase price of the contract only if no claim has been made prior to its return to the Selling Dealer. Grounds for cancellation; date cancellation effective.

1. No service contract that has been in effect for at least 70 days may be cancelled by the provider before the expiration of the agreed term or 1 year after the effective date of the service contract, whichever occurs first, except on any of the following grounds:

   (a) Failure by the holder to pay an amount when due;

   (b) Conviction of the holder of a crime which results in an increase in the service required under the service contract;

   (c) Discovery of fraud or material misrepresentation by the holder in obtaining the service contract, or in presenting a claim for service thereunder;

   (d) Discovery of (1) An act or omission by the holder; or (2) A violation by the holder of any condition of the service contract, which occurred after the effective date of the service contract and which substantially and materially increases the service required under the service contract; or

   (e) A material change in the nature or extent of the required service or repair which occurs after the effective date of the service contract and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that the service contract was issued or sold.

2. No cancellation of a service contract may become effective until at least 15 days after the notice of cancellation is mailed to the holder.

From twenty-one (21) to sixty (60) days, YOU will be refunded 100% of the total premium paid, less a fee of $50 or 5% of the total premium, whichever fee is less. This provision is not transferable and shall apply only to the original service contract purchaser. WE shall refund YOU the purchase price of the service contract within forty-five (45) days of the return of YOUR contract. If WE fail to refund YOU within that time, WE shall pay YOU a penalty of 10 percent (10%) of the purchase price for each thirty (30) day period or portion thereof that the refund and any accrued penalties remain unpaid.

If WE cancel this Service Agreement for any reason, WE will give YOU at least fifteen (15) days notice. After sixty (60) days, WE cannot cancel this contract except: 1. If there has been a material misrepresentation by YOU or fraud by YOU at the time of sale of the service agreement; 2. For discovery of (a) an act or omission by YOU or (b) a violation by YOU of any condition of this contract, which occurred after the effective date of the contract and which substantially and materially increases the service required under this contract; or 3. For non-payment of premium by the agreement holder, in which case WE shall provide the agreement holder notice of cancellation by certified mail.

This Service Agreement is non-renewable by the Service Agreement Holder.

This Service Agreement does not cover consequential damage, which is damage caused to non-covered part, due to the failure of a covered part.

Any defect covered by the service contract existing on the date the contract is purchased is not covered under this Agreement.

Exclusion 5(J) is removed and replaced with "This service contract provides coverage that is excess over any other applicable coverage."

Exclusion 4(A) is removed and replaced with "This Agreement will not cover any performance modifications to YOUR vehicle, or any damage arising from such performance modifications. However, if YOUR vehicle is modified for performance, WE will not automatically suspend all coverage. Rather, this Agreement will continue to provide any applicable coverage that is not related to the performance modification or any damages arising therefrom, unless such coverage is otherwise excluded by the terms of this Agreement."

Exclusion 4(D) is removed and replaced with "This Agreement will not be initially issued to any vehicle whose original warranty has ever been voided by the manufacturer. However, if this Agreement has already been issued and the manufacturer's warranty becomes void during the term of this Agreement, WE will not automatically suspend all coverage. WE will not provide any coverage that would have otherwise been provided under the manufacturer's warranty. However, WE will continue to provide any other coverage under this Agreement, unless such coverage is otherwise excluded by the terms of this Agreement."

### NEW HAMPSHIRE

In the event you do not receive satisfaction under this contract, YOU may contact the New Hampshire Insurance Department at 21 South Fruit Street, Suite 14, Concord, NH 03301 or call (800-852-3416).

### NEW MEXICO

This contract is a Motor Vehicle Service Agreement and not a contract of insurance.

The Cancellation paragraph is amended as follows: YOU may return this Service Agreement within ten (10) days from the date the service contract is furnished to you at the time of sale (or twenty (20) days if the service contract is mailed) for a full refund of the purchase price. This provision is not transferable

Page 4 of 5

and shall apply only to the original Service Agreement holder, and only if no claim has been made prior to its return to the Selling Dealer. A ten (10%) percent penalty will be applied to the purchase price of the service contract for each thirty (30) day period or portion thereof that any refund is not paid or credited within sixty (60) days after this Service Agreement is returned to US. If the Service Agreement has been in effect for at least seventy (70) days WE may not cancel before the expiration of the agreed term or one (1) year after the effective date of the service contract, whichever occurs first, except on any of the following grounds: (1) failure by the holder to pay an amount when due; (2) conviction of the holder of a crime that results in an increase in the service required under the service contract; (3) discovery of fraud or material misrepresentation by the holder in obtaining the service contract or in presenting a claim for service thereunder; or (4) discovery of either of the following if it occurred after the effective date of the service contract and substantially and materially increased the service required under the service contract:(a) an act or omission by the holder; or (b) a violation by the holder of any condition of the service contract. No cancellation of a service contract may become effective until at least fifteen (15) days after the notice of cancellation is mailed to the holder.

### NEW YORK

YOU have the right to return the contract within twenty (20) days of mailing or within ten (10) days if the service contract is delivered at the time of sale or within longer time, as permitted in the service contract, for a refund of the full purchase price if no claims were made under the contract. A ten (10%) percent penalty will be added to the refund amount if the refund is not made within thirty (30) days after return of the contract.

Obligations of the provider under this service contract are insured under a service contract reimbursement insurance policy issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, FL 32224, (800) 621-4871. If the provider fails to pay or provide service on a claim within sixty (60) days after proof of loss has been filed, YOU are entitled to make a claim directly against the insurer under the service contract reimbursement insurance policy.

### NORTH CAROLINA

WE may only cancel this Service Agreement for nonpayment of premiums or for a direct violation of the Service Agreement by YOU stated herein.

### OHIO

This contract is not insurance and is not subject to the insurance laws of this state.

OUR obligations are guaranteed under the contractual liability insurance policy (reimbursement insurance policy) issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, Florida 32224. YOU may file a claim with the insurance company directly if WE fail to pay any claim or to make a refund within sixty (60) days. To do so, please call (800) 621-4871 for instructions.

### OKLAHOMA

This is not an insurance contract. Coverage afforded under this contract is not guaranteed by the Oklahoma Insurance Guaranty Association.

The Cancellation section is amended as follows: In the event the contract is canceled by the warranty holder, return of premium shall be based upon ninety (90%) percent of the unearned pro rata premium. In the event the contract is canceled by the association, return of premium shall be based upon one hundred (100%) percent of unearned pro rata premium.

The cancellation administration fee of $50 or ten (10%) percent of the refund amount, whichever is less, will be applied only if this Service Agreement is cancelled by YOU.

This service warranty is not issued by the manufacturer or wholesale company marketing the product.

This warranty will not be honored by such manufacturer or wholesale company. United States Warranty Corp. of Florida is the Obligor for this service warranty. Oklahoma service warranty statutes do not apply to commercial use references in service warranty contracts.

First Colonial Reinsured Agreement: OUR obligations are insured (guaranteed) under the contractual liability insurance policy (reimbursement insurance policy) issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, Florida 32224. YOU may file a claim with the insurance company directly if WE fail to pay any claim or to make a refund within sixty (60) days after proof of loss has been filed with US. To do so, please call (800) 621-4871 for instructions.

### OREGON

If the contract provides for arbitration, if claim settlement cannot be reached, the parties may elect arbitration by mutual agreement at the time of the dispute after the claimant has exhausted all internal appeals and can be binding by consent of the insured person. If the contract provides for arbitration when claim settlement cannot be reached and the policy owner elects arbitration, arbitration takes place under the laws of the State of Oregon and is held in the insured's

county or any other county in this state agreed to by both parties.

## RHODE ISLAND

In the event of a disputed claim, YOU may contact First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, FL 32224, (800) 621-4871.

## SOUTH CAROLINA

If YOU cancel this agreement within the first sixty (60) days, one hundred (100%) percent of the Service Agreement premium paid will be refunded. A ten (10%) percent penalty per month will be applied to any refund not paid or credited within forty-five (45) days after the return of the Service Agreement to US. If WE cancel, WE will provide written notice at least fifteen (15) days prior to cancellation. For any disputed claims, YOU may contact the South Carolina Department of Insurance, 300 Arbor Lake Drive, Suite 1200, Columbia, SC 29223 or call (803) 737-6180.

## TEXAS

The Cancellation paragraph is amended as follows: If YOU cancel this Service Agreement within the first sixty (60) days, no administration fee will be charged. A ten (10%) percent penalty per month will be applied to any refund not paid or credited within forty-five (45) days after return of the Service Agreement to US. In the event WE cancel this Service Agreement, WE will notify YOU at least five (5) days prior to the effective date of cancellation. Prior notice is not required if cancellation is for nonpayment of the provider fee, a material misrepresentation by YOU to the provider, or a substantial breach of duties by YOU relating to the covered vehicle or its use.

## UTAH

This Service Contract or warranty is subject to limited regulation by the Utah Insurance Department. To file a complaint, contact the Utah Insurance Department.

Coverage afforded under this contract is not guaranteed by the Property and Casualty Guaranty Association.

The Cancellation paragraph is amended as follows: WE may cancel this Service Agreement for any reason within the first sixty (60) days, or at anytime thereafter, for nonpayment of premium; for material misrepresentation; for substantial changes in the risk assumed, unless the insurer should reasonably have foreseen the change or contemplated the risk when entering into the contract; or for substantial breaches in contractual duties, conditions or warranties.

The Cancellation paragraph is amended as follows: If WE cancel this Service Agreement WE will send YOU notice of cancellation and the reason for cancellation, via first class mail, to YOUR last known address. If WE cancel this Service Agreement for non-payment of premium, WE will mail YOU notice of cancellation at least ten (10) days before the cancellation date. If the Service Agreement is canceled for any other reason WE will send YOU notice of cancellation at least thirty (30) days before the cancellation date.

Claims Procedures is amended as follows: Failure to give notice or to file a claim within the time specified does not invalidate the claim, if the service contract holder shows that it was not reasonably possible to do so, and a claim is filed once it was reasonably possible. The amount paid for this Service Agreement is indicated in PREMIUM BOX of the Declarations. The Purchaser either pays for this Service Agreement prior to receiving it or it is financed with their car loan. OUR obligations are guaranteed under the contractual liability insurance policy (reimbursement insurance policy) issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, Florida 32224. YOU may file a claim with the insurance company directly if WE fail to pay any claim or to make a refund within sixty (60) days. To do so, please call (800) 621-4871 for instructions.

Any matter in dispute between YOU and US may be subject to arbitration as an alternative to court action pursuant to the rules of the American Arbitration Association or other recognized Arbitrator. Any decision reached by arbitration shall be binding upon both YOU and US. The arbitration award may include attorney's fees if allowed by State law and may be entered as a judgment in any court of proper jurisdiction.

## VERMONT

YOU may return this Service Agreement within twenty (20) days from delivery at the time of sale for a full refund of the purchase price of the Agreement. This provision is not transferable and shall apply only to the original Service Agreement Holder, and only if no claim has been made prior to its return to the Selling Dealer.

## WEST VIRGINIA

The Cancellation paragraph is amended as follows: YOU may cancel this Service Agreement at any time within the first ninety (90) days after the Service Agreement Purchase Date by contacting the Selling Dealer. After the ninety (90) day period, this Service Agreement may be cancelled only by US or the lienholder.

## WISCONSIN

THIS WARRANTY IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.

In Wisconsin, the Administrator obligor for this contract is United States Warranty Corp.

Obligations of the provider under this Service Contract are insured under a service contract reimbursement insurance policy.

YOU must submit any claim for reimbursement to this office with all documentation required for processing YOUR claim as reasonably possible and within one (1) year from the date of authorization and repair.

Claims Procedures is amended as follows: Failure to observe the procedures outlined above, may result in the denial of YOUR claim.

Exclusion # 5(a) is deleted in its entirety.

Cancellation is amended as follows: During the first thirty (30) days from the effective date, YOU will be refunded 100% of the total premium paid.

Arbitration: Any controversy or claim arising out of or relating to this contract, or breach thereof, may be settled by arbitration in accordance with the commercial Arbitration rules of the American Arbitration Association at the time of the dispute. A judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The arbitrator's decision shall be non-binding on You and us, unless both parties mutually agree to accept the arbitrator's decision as final.

## WYOMING

Free Look Provision - YOU may return this Service Agreement within ten (10) days from delivery at the time of sale (or twenty (20) days after the receipt of the contract if Service Agreement is mailed) for a full refund of the purchase price of the Agreement. This provision is not transferable and shall apply only to the original Service Agreement Holder, and only if no claim has been made prior to its return to the Selling Dealer. A ten (10%) percent penalty per month will be applied to any refund that is not paid within forty-five (45) days of the return of this Service Agreement to US.

**********************************************

## EXCEPT IN FLORIDA:

REINSURANCE CONTRACT: OUR obligations are insured (guaranteed) under the contractual liability insurance policy (reimbursement insurance policy) issued by First Colonial Insurance Company, 1776 American Heritage Life Drive, Jacksonville, Florida 32224. YOU may file a claim with the insurance company directly if WE fail to pay any claim or to make a refund within sixty (60) days after proof of loss has been filed with US. To do so, please call (800) 621-4871 for instructions.

CT, CA and WY: OUR obligations are insured (guaranteed) under the contractual liability insurance policy (reimbursement insurance policy) issued by Northbrook Indemnity Company, 1776 American Heritage Life Drive, Jacksonville, FL 32224. YOU may file a claim with the insurance company directly if WE fail to pay any claim or to make a refund within sixty (60) days after proof of loss has been filed with US. To do so, please call (800) 621-4871 for instructions.

# UNITED STATES WARRANTY CORP.    USWC, INC.    USWC    USWC OF FLORIDA
In CA, RI, TX        In MA        In NH

# UNITED STATES WARRANTY CORP. OF FLORIDA
In AZ, CO, CT, DE, ID, IL, IN, IA, MI, MN, NH, NV, OK, OR, SC, SD, TN, WA

22 Northeast 22nd Avenue • Pompano Beach, Florida 33062 • Phone 954-784-9400 • Toll Free 1-800-432-4586
Top White—United States Warranty Corp. • Green—Lienholder • Pink—Dealer • Gold—Customer • Bottom White Page(s)—Customer
ALLY#: LZX 76990    Florida License No. 60002    CA VSCP License No. 0012145    USWC URV FC 09/11
Page 5 of 5